Prepared by:

Date:

Clerk of the United States          Steve Badue, #P70520
 District Court, 9th Circuit        4964 Mack Rd, #314
450 Golden Gate Avenue              Sacramento, CA 95823
 Box 36060
San Francisco, CA 94102

07-4612 VRW

February 21, 2008

RE: Mail Address Change (As Of February 18, 2008, My
 Address Is Not 7886 Center Pkwy)
 Badue Vs. Attorney General, Case No. Cv 07-04612
 VRW (PR) Petition For Writ Of Habeas Corpus


Dear Clerk,


On all petitions unresolved and resolved, and for all other
notices my current address are Steve Badue, 4964
Mack Rd, #314, Sacramento, CA 95823.
Please send all notices to this address. And, please do
not send my mail to any parole agency, probation agency,
prison agency, or police agency, and please do not give
them, or anyone else, my current address.


I declare under penalty of perjury that the foregoings are
true and correct.
Signature                    February 21, 2008.