Steve Badve, #P70520
4964 Mack Rd, #314
Sacramento, CA 95823

SACRAMENTO CA 957
21 FEB 2008 PM 2 T

Clerk of the United States
District Court, 9th Circuit
450 Golden Gate Avenue
Box 39060
San Francisco, CA 94102

9410243661

"LET US DARE TO READ,
THINK, SPEAK…"
John Adams
PRESORTED FIRST-CLASS MAIL FOREVER