# IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
## IN AND FOR THE COUNTY OF SANTA CLARA

| | | |
|---|---|---|
| **THE PEOPLE** | *PLAINTIFF AND RESPONDENT* | |
| **VS** | | **COURT OF APPEAL NO.:** |
| **STEVE KENT BADUE** | *DEFENDANT AND APPELLANT* | **VOL.** 1   of   1 |
| | | **PAGES** 1   thru 106 |

CLERK'S TRANSCRIPT ON APPEAL FROM THE JUDGMENT OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, IN AND FOR THE COUNTY OF SANTA CLARA.

SUPERIOR COURT NUMBER: _____**CC241061**_____

HONORABLE _____**RISE J. PICHON**_____, JUDGE

[stamp] MAY - 1 2003
By _____
No. SF2003.0A0485

APPEARANCES

ATTORNEY GENERAL
455 GOLDEN GATE AVENUE
ROOM 11000
SAN FRANCISCO, CA 94102

COUNSEL FOR PLAINTIFF
AND RESPONDENT

SIXTH DISTRICT APPELLATE PROGRAM
100 NORTH WINCHESTER BLVD, SUITE 310
SANTA CLARA, CA 95050

COUNSEL FOR DEFENDANT
AND APPELLANT

NOTICE OF APPEAL FILED _____**March 6, 2003**_____

NOTICE OF COMPLETION _____**APR 2 5 2003**_____

| | INDEX TO CLERK'S TRANSCRIPT | PAGE | VOL. |
|---|---|---|---|
| | | | |
| 1 | PRELIMINARY EXAMINATION TRANSCRIPT OF 10/02/02 | 1 | 1 |
| 2 | PRELIMINARY EXAMINATION MINUTES, COMMITMENT CERTIFICATION, OF 10/02/02 | 17 | 1 |
| 3 | FELONY COMPLAINT | 18 | 1 |
| 4 | FELONY CASE SUMMARY | 20 | 1 |
| 5 | INFORMATION | 21 | 1 |
| 6 | FINGERPRINT FORM | 24 | 1 |
| 7 | CLERK'S MINUTES OF 10/15/02 | 25 | 1 |
| 8 | CLERK'S MINUTES OF 12/02/02 | 26 | 1 |
| 9 | CLERK'S MINUTES OF 12/03/02 | 27 | 1 |
| 10 | LETTER TO DR. JAMES MISSETT, PH.D. IN RE: APPOINTMENT AS MEDICAL EXAMINER UNDER SECTION 1369(a) OF THE PENAL CODE | 28 | 1 |
| 11 | CLERK'S MINUTES OF 12/04/02 | 29 | 1 |
| 12 | CLERK'S MINUTES OF 12/24/02 | 30 | 1 |
| 13 | CLERK'S MINUES OF 01/08/03 | 31 | 1 |
| 14 | MEDICAL / PSYCHIATRIC EXAMINATION UNDER SECTION 1369(a) OF THE PENAL CODE (SEALED) | 32 | 1 |
| 15 | CLERK'S MINUTES OF 01/16/03 | 39 | 1 |
| 16 | PEOPLE'S PROPOSED VOIR DIRE QUESTIONS | 40 | 1 |
| 17 | TRIAL BRIEF | 46 | 1 |
| 18 | MOTIONS IN LIMINE | 53 | 1 |
| 19 | CLERK'S MINUTES OF 02/03/03 | 57 | 1 |
| 20 | CLERK'S MINUTES OF 02/03/03 | 58 | 1 |
| 21 | CLERK'S MINUTES OF 02/03/03 | 59 | 1 |
| 22 | CLERK'S MINUTES OF 02/05/03 | 61 | 1 |
| 23 | CLERK'S MINUTES OF 02/05/03 (AMENDED ORDER) | 62 | 1 |

| 24 | CLERK'S MINUTES OF 02/05/03 | 63 | 1 |
|---|---|---|---|
| 25 | PROBATION OFFICER'S REPORT | 66 | 1 |
| 26 | CLERK'S MINUTES OF 03/06/03 | 90 | 1 |
| 27 | ABSTRACT OF JUDGMENT - PRISON COMMITMENT - DETERMINATE – SINGLE, CONCURRENT OR FULL-TERM CONSECUTIVE COUNT FORM | 91 | 1 |
| 28 | NOTICE OF APPEAL | 92 | 1 |
| 29 | MOTION TO APPOINT COUNSEL (GC15421) | 93 | 1 |
| 30 | DEERING'S CALIFORNIA CODES ANNOTATED | 94 | 1 |
| 31 | NOTICE TO COURT REPORTERS RE:  APPEALS | 103 | 1 |
| 32 | NOTICE OF FILING NOTICE OF APPEAL | 104 | 1 |
| 33 | NOTICE OF COMPLETION | 105 | 1 |
| 34 | CLERK'S CERTIFICATION | 106 | 1 |

| | INDEX TO CLERK'S TRANSCRIPT | PAGE | VOL. |
|---|---|---|---|
| 1 | ABSTRACT OF JUDGMENT - PRISON COMMITMENT - DETERMINATE – SINGLE, CONCURRENT OR FULL-TERM CONSECUTIVE COUNT FORM | 91 | 1 |
| 2 | CLERK'S CERTIFICATION | 106 | 1 |
| 3 | CLERK'S MINUES OF 01/08/03 | 31 | 1 |
| 4 | CLERK'S MINUTES OF 01/16/03 | 39 | 1 |
| 5 | CLERK'S MINUTES OF 02/03/03 | 57 | 1 |
| 6 | CLERK'S MINUTES OF 02/03/03 | 59 | 1 |
| 7 | CLERK'S MINUTES OF 02/03/03 | 58 | 1 |
| 8 | CLERK'S MINUTES OF 02/05/03 | 61 | 1 |
| 9 | CLERK'S MINUTES OF 02/05/03 | 63 | 1 |
| 10 | CLERK'S MINUTES OF 02/05/03 (AMENDED ORDER) | 62 | 1 |
| 11 | CLERK'S MINUTES OF 03/06/03 | 90 | 1 |
| 12 | CLERK'S MINUTES OF 10/15/02 | 25 | 1 |
| 13 | CLERK'S MINUTES OF 12/02/02 | 26 | 1 |
| 14 | CLERK'S MINUTES OF 12/03/02 | 27 | 1 |
| 15 | CLERK'S MINUTES OF 12/04/02 | 29 | 1 |
| 16 | CLERK'S MINUTES OF 12/24/02 | 30 | 1 |
| 17 | DEERING'S CALIFORNIA CODES ANNOTATED | 94 | 1 |
| 18 | FELONY CASE SUMMARY | 20 | 1 |
| 19 | FELONY COMPLAINT | 18 | 1 |
| 20 | FINGERPRINT FORM | 24 | 1 |
| 21 | INFORMATION | 21 | 1 |
| 22 | LETTER TO DR. JAMES MISSETT, PH.D. IN RE: APPOINTMENT AS MEDICAL EXAMINER UNDER SECTION 1369(a) OF THE PENAL CODE | 28 | 1 |
| 23 | MEDICAL / PSYCHIATRIC EXAMINATION UNDER SECTION 1369(a) OF THE PENAL CODE (SEALED) | 32 | 1 |

| 24 | MOTION TO APPOINT COUNSEL (GC15421) | 93 | 1 |
| 25 | MOTIONS IN LIMINE | 53 | 1 |
| 26 | NOTICE OF APPEAL | 92 | 1 |
| 27 | NOTICE OF COMPLETION | 105 | 1 |
| 28 | NOTICE OF FILING NOTICE OF APPEAL | 104 | 1 |
| 29 | NOTICE TO COURT REPORTERS RE:  APPEALS | 103 | 1 |
| 30 | PEOPLE'S PROPOSED VOIR DIRE QUESTIONS | 40 | 1 |
| 31 | PRELIMINARY EXAMINATION MINUTES, COMMITMENT CERTIFICATION, OF 10/02/02 | 17 | 1 |
| 32 | PRELIMINARY EXAMINATION TRANSCRIPT OF 10/02/02 | 1 | 1 |
| 33 | PROBATION OFFICER'S REPORT | 66 | 1 |
| 34 | TRIAL BRIEF | 46 | 1 |

1      IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

2        IN AND FOR THE COUNTY OF SANTA CLARA

3     BEFORE THE HONORABLE LINDA R. CONDRON, JUDGE

4             ---oOo---

5                    **ORIGINAL**

6

7  The People of the State     )
    of California              )
          Plaintiff,     )

8                   )  Case No.  CC241061
                  )  Charges:  PC 290(g)(2)
     vs.             )

9                   )
    Steve Badue,           )

10         Defendant.     )

11

12             ---oOo---       OCT 1 1 2002

13

14

15     REPORTER'S TRANSCRIPT OF THE PROCEEDINGS
            PRELIMINARY HEARING

16           October 2, 2002

17

18  A P P E A R A N C E S:

19  For the Plaintiff:    OFFICE OF THE DISTRICT ATTORNEY
                      BY:  Melvin Anderson,

20                         Deputy District Attorney

21

22  For the Defendant:    OFFICE OF THE PUBLIC DEFENDER
                      BY:  John Overton,

23                         Deputy Public Defender

24

25           Julie T. Serna
          Official Court Reporter

26            CSR# 7890

27           ---oOo---

28

1          INDEX OF WITNESSES

2     PEOPLE'S WITNESSES

3     Francis Gallagos
      Direct Examination by Mr. Anderson              3
4     Cross-Examination by Mr. Overton                7

5

6

7                      ---oOo---

8

9

10          INDEX OF EXHIBITS

11

| 12 | PEOPLE'S EXHIBITS | | IDENT. | ADMIT. |
|----|------------------|------------|--------|--------|
| 13 | 1 | Document | 5 | 13 |
| 14 | 2 | Document | 5 | 13 |
| 15 | 3 | Photograph | 6 | 13 |
| 16 | 4 | Document | 12 | 13 |
| 17 | 5 | Document | 12 | 13 |
| 18 | 6 & 7 | Documents | 13 | 13 |
| 19 | 8 | Documents | 13 | 13 |

20

21

22                      ---oOo---

23

24

25

26

27

28

JULIE T. SERNA, CSR 7890

3

```
1    San Jose, California                  October 2, 2002
2                    P R O C E E D I N G S:
3            THE COURT:  All right.  Let's proceed then with
4    the matter of the People versus Badue.  And are there any
5    matters that we need to address, counsel, before we begin
6    the presentation of evidence in this case?
7        All right.  Hearing none, Mr. Anderson, call your
8    first witness.
9            MR. ANDERSON:  Francis Gallagos.
10                   FRANCIS GALLAGOS,
11   called as a witness on behalf of the People, being first
12   duly sworn, was examined and testified as follows:
13           THE COURT:  Please have a seat on the witness
14   stand and adjust that microphone.  Make sure to speak
15   directly into it, and tell us your full name and spell it
16   for my court reporter, please.
17           THE WITNESS:  Thank you.  My name is Francis
18   Gallagos.  Might first name is F-r-a-n-c-i-s.  My last
19   name is G-a-l-l-a-g-o-s.
20           THE COURT:  Thank you.  And you may proceed,
21   counsel.
22                  DIRECT EXAMINATION
23   Q    (BY MR. ANDERSON)  By whom are you employed?
24   A    City of San Jose Police Department.
25   Q    And what is your title?
26   A    Custodian of records.
27   Q    How long have you been custodian of records?
28   A    Approximately three years.
```

4

1    Q    And are you familiar with the agency's procedures for

2    creating and maintaining sex offender registration

3    records?

4    A    Yes, I am.

5    Q    Is that part of your duties and responsibilities?

6    A    Yes.

7    Q    Are the sex offender registration records created and

8    maintained in the ordinary course of business in your

9    agency?

10   A    Yes, they are.

11   Q    Who is responsible for creating and maintaining those

12   registration records?

13   A    The fingerprint department is responsible for

14   creating the records while I maintain them.

15   Q    Are these records made at or near the time the

16   registrant comes in to register or when the agency

17   receives a written change of address?

18   A    Yes.

19   Q    How are the registration records kept on file?

20   A    They are filed by last name first.

21   Q    Does your agency rely on the accuracy of these

22   records in advising your police officers as well as other

23   law enforcement agencies as to whether someone is in

24   compliance with the sex offender registration laws?

25   A    Yes.

26   Q    Did you check your sex offender registration records

27   for a person named Steve, no middle initial, Badue,

28   B-a-d-u-e?

JULIE T. SERNA, CSR 7890

5

1    A    Yes, I did.

2    Q    And what did you find?

3    A    A registration for the SS 8102.

4    Q    And did you also -- is there also in his records a

5    statement of no residence?

6    A    Yes, there is.

7    Q    Do you have those with you?

8    A    Yes, I do.

9         MR. ANDERSON:  Your Honor, at this point I

10   would like marked as People's 1 a form SS 8102 dated

11   6-18-2000.

12        THE COURT:  Form 8102 will be People's 1 for

13   identification.

14        (People's Exhibit Number 1, document, marked for

15   identification.)

16        MR. ANDERSON:  People's Exhibit 2 would be a

17   statement of no residence for a person named Steve Badue

18   dated June 18th of 2001.

19        THE COURT:  All right.  The non-residence status

20   form will be People's 2 for identification.

21        (People's Exhibit Number 2, document, marked for

22   identification.)

23   Q    (BY MR. ANDERSON)  Do you have any registration forms

24   for that person, Steven Badue subsequent to June 18th of

25   2001?

26   A    No.

27   Q    When is the defendant's birthday?

28   A    If I may refer to my form?  It is 1-4 of 1966.

JULIE T. SERNA, CSR 7890

6

```
 1    Q    Do you have a photograph that's on file with your
 2    agency of Steve Badue?
 3    A    Yes, I do.
 4    Q    Do you have it with you?
 5    A    Yes, I do.
 6    Q    Were those kept in your Megan's file records?
 7    A    Yes.
 8         MR. ANDERSON:  Your Honor, marked as People's
 9    Exhibit Number 3 would be a photograph of a person named
10    Steve B-a-d-u-e.
11         THE COURT:  People's 3, the photograph of Mr.,
12    B-a-d-u-e, Badue.
13         (People's Exhibit Number 3, photograph, marked
14    for identification.)
15    Q    (BY MR. ANDERSON)  Did you research your records
16    that -- your agency's records for a determination of
17    whether or not the person named Steven Badue had
18    registered anywhere else in California?
19    A    Yes, I did.
20    Q    And how did you do that?
21    A    I did a database check on our state California data
22    base called VCIN.  That's V-C-I-N.
23    Q    And are you required at San Jose to input
24    registration which occurs in your jurisdiction into that
25    record?
26    A    Yes.
27    Q    On a regular basis?
28    A    That's correct.
```

JULIE T. SERNA, CSR 7890

1   Q    And you rely on the record that you retrieved from

2   that database to determine whether or not a person has

3   left the jurisdiction and properly registered in other

4   jurisdictions in California?

5   A    Yes, we do.

6   Q    And what was the result of your search of that

7   record?

8   A    No results.

9        MR. ANDERSON:  Nothing further, Your Honor.

10       THE COURT:  No further questions of this

11  witness?

12       MR. ANDERSON:  No further questions.

13       THE COURT:  All right.  Cross-examination,

14  counsel?

15       MR. OVERTON:  Yes, Your Honor.  Thank you.

16       THE COURT:  Yes.

17                    CROSS-EXAMINATION

18  Q    (BY MR. OVERTON)  Good morning.

19  A    Good morning.

20  Q    You've testified that you have a registration form,

21  an 8102 form; is that correct?

22  A    That's correct.

23  Q    Signed by Mr. Badue; is that correct?

24  A    Correct.

25  Q    And when was that signed?

26  A    6-18 of '01.

27  Q    At that time Mr. Badue was a resident of Santa Clara

28  County?

JULIE T. SERNA, CSR 7890

8

1    A    According to the form, yes.

2    Q    Now, is registration required in one county at a

3    time?

4    A    That's correct.

5    Q    So only the county of which you reside?

6    A    Correct.

7    Q    And you further testified that you have nothing else

8    further signed from Mr. Badue aside from the two forms you

9    testified to earlier?

10    A    That's correct.

11    Q    If a person is to be in this county and then leave

12    the county is there a requirement to register in the new

13    county?

14    A    Yes.

15    Q    And they also are required to register in the old

16    county as well?

17    A    Yes.

18    Q    Now, is it your testimony that once a person

19    registers in a second county that person also has to go

20    back to the first county and say I've left?

21    A    That's correct.

22    Q    Is there -- to your knowledge there's no mechanism

23    for the new county to alert the old county?

24    A    No.

25    Q    Or the second to alert the first?

26    A    No.

27    Q    You mentioned that -- the District Attorney asked you

28    about this defendant's birthday.  What's the defendant's

JULIE T. SERNA, CSR 7890

9

1    birthday?

2    A    It's, 290 registrants are to register five days

3    within the birthday.

4    Q    And this gentleman's birthday is when?

5    A    January the 4th, 1966.

6    Q    You also mentioned that you use a system called VCIN,

7    is that an acronym?

8    A    That's correct.

9    Q    What are the letters?

10   A    Violent Crime Information Network is the complete

11   name.

12   Q    VCIN.  Okay.  What is the purpose of VCIN?

13   A    The purpose of VCIN is for all agencies to do a check

14   and see if the individual has moved from different

15   agencies.

16   Q    And how would information -- I'm using first and

17   second counties -- first being the original, second one

18   being the one the person had moved to, say, county number

19   two checks VCIN and finds that person has registered and

20   then it is that county's duty to write that down

21   somewhere, or how does that work?  How does VCIN -- how

22   effectively do they use VCIN in the second county?

23   A    Well, it really depends on what you are doing.  For

24   example, if agency number one is going to violate the 290,

25   before he does that or she, whoever is doing that, they

26   need to confirm that this person has not registered in a

27   different county by checking VCIN.  They will confirm

28   whether he or she has registered in this new county.

JULIE T. SERNA, CSR 7890

10

1   Q    Okay.   I'm sorry.  I was confusing the first and

2   second.  You were on the the first county, but you cleared

3   it up for me.  Thank you.

4        As to the first county, if a person is registered in

5   VCIN does that not go for notice of the first county?  Is

6   the person still required even if the person's checked

7   VCIN and saw the registration, is the person still

8   required to go back to the first county?  I know that's a

9   long question and I apologize.

10   A    No problem.

11        One of the regulations for the 8102 form, I think

12   it's somewhere in the form, it does state that the

13   individual should go to the police agency where they are

14   registered to notify them that they are leaving that

15   county and moving into a different county.

16   Q    You use the word "should," was that -- did you have

17   any intention in using that word "they should" go back,

18   must they go back or is recommended they go back?

19   A    The form says it's a requirement.

20   Q    So the first county that checks the VCIN and sees

21   that the person is registered, they still may violate that

22   person even though they know they're registered in another

23   county?

24   A    I'm not quite sure as far as that regulation goes.

25   Q    So it's possible that VCIN can serve as notice to the

26   first county that the person is registered somewhere else?

27   A    That's correct.

28            MR. OVERTON:  One second, Your Honor, please.

JULIE T. SERNA, CSR 7890

1   Q   (BY MR. OVERTON)   To your knowledge has Mr. Badue

2   suffered any failure to register convictions in another

3   county as a result of this case?

4   A   I'm not sure.

5         MR. OVERTON:   No more questions, Your Honor.

6         THE COURT:   All right.  Any redirect, Mr.

7   Anderson?

8         MR. ANDERSON:   No, Your Honor.

9         THE COURT:   All right.  May this witness be

10   excused?

11         MR. ANDERSON:   Yes, Your Honor.

12         MR. OVERTON:   Yes, Your Honor.

13         THE COURT:   Thank you.

14     You may be excused.  You may be step down at this

15   time.

16         MR. ANDERSON:   Your Honor, at this point I would

17   like marked as People's Exhibit Number 5 a proof of prior

18   conviction for a person named as the defendant, Docket

19   Number 208774 as charged.

20         THE COURT:   All right.  The record of conviction

21   in Docket 208774 may be marked as People's 5 -- 4, not

22   five.

23         THE CLERK:   I don't have 4.

24         MR. ANDERSON:   I have one as the 8102.  2 as

25   the --

26         THE COURT:   The other form.

27         MR. ANDERSON:   -- date of no residence.

28     3 as photograph.  4 as --

12

```
1              THE COURT:  Right.
2              MR. ANDERSON:  You're right.  You're correct.
3    I'm sorry.
4              THE COURT:  Conviction and the aforementioned
5    document.
6              (People's Exhibit Number 4, document, marked for
7    identification.)
8              MR. ANDERSON:  Okay.  5 would be a proof of
9    conviction for the proof of defendant in docket 182210 as
10   charged in the Complaint.
11             THE COURT:  I'm sorry that was 182210?
12             MR. ANDERSON:  Yes, Your Honor.
13             THE COURT:  Yes, proof in conviction.
14             MR. ANDERSON:  Would be 182210.
15             THE COURT:  Thank you.  Will be People's 5 for
16   identification.
17             (People's Exhibit Number 5, document, marked for
18   identification.)
19             MR. ANDERSON:  People's 6 would be a proof of
20   conviction for the defendant in docket C934945 as charged
21   in the Complaint, and 7 would be prior conviction for the
22   defendant in San Joaquin docket SC0624238 charged in the
23   Complaint.  All of those are certified.
24             THE COURT:  All right.  Certified conviction
25   docket C934945 will be marked as People's 6 for
26   identification and then Docket SC0624238 People's 7 for
27   identification.
28             (People's Exhibits Numbers 6 and 7, documents,
```

JULIE T. SERNA, CSR 7890

13

1    marked for identification.)

2           THE COURT:  Anything further?

3           MR. ANDERSON:  Yes, one more, Your Honor.

4    Next in order, People's Exhibit 8 would be a 969(b)

5    packet for the defendant which -- a chronology which

6    indicates the defendant was in custody between June 18th

7    of 2001 and October 11th of 2001, and that certified copy

8    is certified as of March 14th, 2002, and that he was

9    released on October 11th of 2001.

10          THE COURT:  As shown to the defense, the

11   defendant's 969(b) packet will be People's 8 for

12   identification.

13          (People's Exhibit Number 8, documents, marked

14   for identification.)

15          MR. ANDERSON:  With the admission of the

16   People's Exhibits we would rest.

17          THE COURT:  Are you moving the exhibits into

18   evidence at this time?

19          MR. ANDERSON:  Yes.

20          THE COURT:  Do you have any objection, counsel?

21          MR. OVERTON:  No, Your Honor.

22          THE COURT:  All right.  People's 1 through 8

23   will be admitted at this time.

24          (People's Exhibits Numbers 1 through 8, admitted

25   into evidence.)

26          THE COURT:  Any evidence on behalf of the

27   defense?

28          MR. OVERTON:  That would be for purposes of this

JULIE T. SERNA, CSR 7890

14

```
1    hearing only, Your Honor, no thank you.

2              THE COURT:  All right.  Give me a moment to

3    examine the exhibits.

4        All right.  Anything further from either side?

5              MR. ANDERSON:  No, Your Honor.

6              MR. OVERTON:  No, Your Honor.

7              THE COURT:  Any comments, counsel?

8              MR. OVERTON:  No, Your Honor.

9              THE COURT:  All right.  In this matter, based on

10   the evidence presented at the preliminary hearing I do

11   find there is sufficient cause to believe that the offense

12   committed or charged in the Complaint, specifically in

13   Count 1, a violation of Penal Code Section 290 Subdivision

14   (g)(2), a felony, failure to register on February 27,

15   2002, has been committed and that the defendant, Steve

16   Kent Badue, is guilty thereof.  I order him held to answer

17   to that charge.

18              MR. OVERTON:  Your Honor, excuse me, Your Honor,

19   he does indicate his middle name is not Kent.

20              THE DEFENDANT:  Yeah, it is not.

21              THE COURT:  It is not Kent, simply Steve Badue?

22              THE DEFENDANT:  Yes.

23              THE COURT:  All right.  That will be the order.

24        And the defendant is ordered to appear on Monday,

25   October 15th of this year at 1:30 in Department 24 for

26   arraignment and plea.

27        Parties stipulate that the exhibits may be released

28   to the People for safekeeping until the time of trial?
```

JULIE T. SERNA, CSR 7890

15

1          MR. OVERTON:  Yes, Your Honor.

2          MR. ANDERSON:  Yes.

3          THE COURT:  Thank you.

4          MR. ANDERSON:  October 15th?

5          THE COURT:  That is what I said.

6          MR. ANDERSON:  Thank you.

7          (Whereupon, the matter was continued to October

8    15th, 2002, at 1:30 p.m.)

9                        ---oOo---

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JULIE T. SERNA, CSR 7890

16

```
 1    STATE OF CALIFORNIA      )
                               )          ss.
 2    COUNTY OF SANTA CLARA    )

 3

 4          I, JULIE T. SERNA, HEREBY CERTIFY:  That the

 5    foregoing is a full, true, and correct transcript of the

 6    testimony given and proceedings had in the above-mentioned

 7    action taken;

 8          That it is a full, true, and correct transcript of

 9    the evidence offered and received, acts and statements of the

10    Court, also all objections of counsel and all matters to

11    which the same relate;

12          That I reported the same in stenotype to the best

13    of my ability, being the duly appointed, qualified and acting

14    official stenographic reporter of said Court, and thereafter

15    transcribed the same into typewriting as herein appears.

16          In said capacity, I have adhered to Civil Code

17    of Procedure Section 237(A)(2), Sixth District Court of

18    Appeal miscellaneous order 96-2, by sealing, through

19    redaction, of all references to juror-identifying

20    information, including but not limited to names,

21    addresses, and telephone numbers.

22

23    Dated this _10-10-07_____.

24

25    _____
                                         Julie T. Serna, CSR#7890
26                                       Official Court Reporter

27

28                    ---oOo---
```

JULIE T. SERNA, CSR 7890

**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF SANTA CLARA**
_San Jose_ **FACILITY**
**PRELIMINARY EXAMINATION MINUTES, COMMITMENT CERTIFICATION**

THE PEOPLE OF THE STATE OF CALIFORNIA

Case No. _CC241061_

VS.

Date: _10-02-02_

_Steve Badu es_
Defendant

Judge: _Linda Condren_

CEN _02505160_

Reporter: _Julie Serna_

APPEARANCES:
Deputy District Attorney _Mel Anderson_
Defendant and Attorney _John Overton, PD_

Custody Status _1c $100,000_

Interpreter for defendant _____ Interpreter for witness _____
Motion to exclude/admonish witness(es) granted/denied

**PRELIMINARY EXAMINATION HELD**
**WITNESSES SWORN AND TESTIFIED:**

_Francis Gallagos_ _____

_____ _____

_____ _____

**PEOPLE'S EXHIBITS:** marked/admitted

1. _Copy Registration form 8102_ ☒ ☒   6. _Cert copy Pr. C9349405_ ☒ ☒
2. _Statement of no Residence_ ☒ ☒   7. _Cert copy Pr. SCC0624238_ ☒ ☒
3. _Photo of Badues_ ☒ ☒   8. _Cert copy Packet_ ☒ ☒
4. _Cert Copy Pr. 208774_ ☒ ☒   9. _____ ☐ ☐
5. _Cert Copy Pr. 182210_ ☒ ☒   10. _____ ☐ ☐

**DEFENDANT'S EXHIBITS:** marked/admitted

A. _____ ☐ ☐   F. _____ ☐ ☐
B. _____ ☐ ☐   G. _____ ☐ ☐
C. _____ ☐ ☐   H. _____ ☐ ☐
D. _____ ☐ ☐   I. _____ ☐ ☐
E. _____ ☐ ☐   J. _____ ☐ ☐

☐ Waives right to continuous Preliminary Examination. Continued to _____
☒ HELD TO ANSWER: It appearing to me from the testimony this day given before me on the preliminary examination of the above-named
defendant, that the offense of a violation of section(s): _PC290(G)(2)_

has been committed and that there is sufficient cause to believe the above-named defendant guilty thereof. I order that he/she be held
to answer to · same. ☐ Arming allegation(s) found true/not true. Enhancements found true/not true. ☐ Prior(s) found true/not true.
☐ Misdemeanor violation certified to Superior Court _____
☐ HOLDING DENIED as to: _____
☒ DEFENDANT ORDERED TO APPEAR IN SUPERIOR COURT on _10-15-02_ at _1:30 D-24_
☐ Defendant to remain out of custody on status indicated above.
☐ Cash Bail, Bond or SORF ordered transferred to Superior Court. ☒ Exhibits released.

☒ REMANDED to custody of DOC until next appearance. Bail $ _100,000 —_
☐ ORDERED RELEASED ☐ on O/R ☐ on S/O/R.

I certify that the foregoing is a true and correct record of the proceedings had before me this date in said case.
DATED _Oct 2, 2002_   _Linda Condren_
I certify the foregoing is a true copy of the Judgement/Order   JUDGE OF THE SUPERIOR COURT
rendered on the above date by the above-named Judge.
                                        _L Martin_          **17**
Clerk of the above named Court. By _____ Deputy
TO THE DOC: The foregoing certified copy of Judgment/Order in the above-entitled action is your authority for the execution thereof.
7685 REV 7/99    DISTRIBUTION: BLACK-JAIL, GREEN-FILE, BLUE-CJIC, PURPLE-DA, BROWN-DEFENDANT    **JAIL**

SUPERIOR COURT OF CALIFOR.
COUNTY OF SANTA CLARA
SAN JOSE FACILITY
COMPLAINT FOR ARREST WARRANT(S)
STEVE NMN BADUE

THE PEOPLE OF THE STATE OF CALIFORNIA,

Plaintiff,

vs.

STEVE NMN BADUE (1/4/1966),
aka STEVE KENT BADUE,
TRANSIENT, ,

Defendant(s)

FELONY COMPLAINT

DA NO: 020305786
CEN
*   SB WARR   *
PFN: B QN 149
Sim #3497

PC 241.00 )

The undersigned is informed and believes that:

**COUNT 1**

On or about February 27, 2002, in the County of Santa Clara, State of California, the crime of FAILING
TO REGISTER AT BIRTHDAY, WITH A PC 290 PRIOR CONVICTION OR JUVENILE
ADJUDICATION, in violation of PENAL CODE SECTION 290(g)(2), a Felony, was committed by
STEVE NMN BADUE who did having been previously convicted of a violation of Penal Code section
290 in the California Superior Court, Santa Clara County (208774), and while required to register under
Penal Code section 290 for a violation of section 314.1 of the Penal Code, in the Superior / Municipal
Court, Santa Clara and San Joaquin County (182210, C9349405, SC062423A), California, willfully
failed, within 5 working days of his/her birthday, to update his/her registration with the chief of police of
the city in which he/she temporarily resided, and, if he/she had no residence, was located, San Jose,
including verifying his/her name and address(es), and temporary location(s), on a form as required by
the Department of Justice.

**18**

Page 1

## PRIOR CONVICTION (PC 667.5(b))

It is further alleged within the meaning of Penal Code section 667.5(b) that prior to the commission of the offense(s) charged above, the defendant, STEVE NMN BADUE, was convicted of a felony:

> Possession of a Controlled Substance, Health and Safety section 11350, California Superior
>
> Court, Santa Clara County (C9947075)

and, for that offense, the defendant served a prison term, which was separate from any other prison term alleged in this pleading, and since serving that term, the defendant has not remained free of both prison custody and the commission of an offense resulting in a felony conviction for a period of five years.

Further, attached and incorporated by reference are official reports and documents of a law enforcement agency which the complainant believes establish probable cause for the arrest of defendant STEVE NMN BADUE, for the above-listed crimes.  Wherefore, A WARRANT OF ARREST IS REQUESTED.

Complainant therefore requests that the defendant(s) be dealt with according to law.

I certify under penalty of perjury that the above is true and correct.

Executed on March 1, 2002, in SANTA CLARA County, California.

Warrant received for service by:

on _3 / 5 /02_

Cash or Bond $ _100,000_

JUDGE OF THE SUPERIOR COURT

ROBERT L. AMBROSE

R. MARTINEZ #2836   JER #3417

Martinez 2836

( Martinez 2836 )

SJPD (408) 277-4102 020500805 S

SEIDEL/ D293/ FELONY/ rv

**19**

SUPERIOR COURT OF CALIFOR.
San Jose Facility

THE PEOPLE OF THE STATE OF CALIFORNIA,

                                    Plaintiff,

                    vs.

STEVE NMN BADUE (1/4/1966),
  aka STEVE KENT BADUE,
TRANSIENT, ,

                                    Defendant(s)

FELONY CASE SUMMARY

DA NO: 020305786
  CEN
  *  SB WARR  *

## C A S E   S U M M A R Y

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect |
|-------|--------|--------------|-----------|------------|---------------|
| 1 | PC290(g)(2) | 16-2-3 | STEVE NMN BADUE | | |
|   | Prior/Alleg: | | STEVE NMN BADUE | PC667.5(b) | 1 yr |

20

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SANTA CLARA

THE PEOPLE OF THE STATE OF CALIFORNIA,

Plaintiff,

10/15/02

DA NO    020305786
CEN
02505160  SB  HELD  10/15/2002

vs.

STEVE NMN BADUE (1/4/1966),
  aka STEVE KENT BADUE,
UNKNOWN, ,

Defendant(s)

INFORMATION NO.  CC241061

FILED

OCT 1 0 2002

KIRI OTOSE

By _____

# INFORMATION
## SUMMARY

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect |
|-------|--------|--------------|-----------|------------|---------------|
| 1 | PC290(g)(2) | 16-2-3 | STEVE NMN BADUE | | |
| | Prior/Alleg: | | STEVE NMN BADUE | PC667.5(b) | 1 yr |

**21**

The District Attorney of the C    .ty of Santa Clara, by this Information    eges that:

## COUNT 1

On or about February 27, 2002, in the County of Santa Clara, State of California, the crime of FAILING TO REGISTER AT BIRTHDAY, WITH A PC 290 PRIOR CONVICTION OR JUVENILE ADJUDICATION, in violation of PENAL CODE SECTION 290(g)(2), a Felony, was committed by STEVE NMN BADUE who did having been previously convicted of a violation of Penal Code section 290 in the California Superior Court, Santa Clara County (208774), and while required to register under Penal Code section 290 for a violation of section 314.1 of the Penal Code, in the Superior / Municipal Court, Santa Clara and San Joaquin County (182210, C9349405, SC062423A), California, willfully failed, within 5 working days of his/her birthday, to update his/her registration with the chief of police of the city in which he/she temporarily resided, and, if he/she had no residence, was located, San Jose, including verifying his/her name and address(es), and temporary location(s), on a form as required by the Department of Justice.

## PRIOR CONVICTION (PC 667.5(b))

It is further alleged within the meaning of Penal Code section 667.5(b) that prior to the commission of the offense(s) charged above, the defendant, STEVE NMN BADUE, was convicted of a felony:

> Possession of a Controlled Substance, Health and Safety section 11350, California Superior Court, Santa Clara County (C9947075)

and, for that offense, the defendant served a prison term, which was separate from any other prison term alleged in this pleading, and since serving that term, the defendant has not remained free of both prison custody and the commission of an offense resulting in a felony conviction for a period of five years.

22

Pursuant to Penal Code Secti⋯ .054 through 1054.7, inclusive, the ⋯ ple request that, within 15

days, the defendant and/or his/her attorney disclose: (A) The names and addresses of persons, other

than the defendant, he/she intends to call as witnesses at trial, together with any relevant written or

recorded statements of those persons, or reports of the statements of those persons, including any

reports or statements of experts made in connection with the case, and including the results of any

physical or mental examinations, scientific tests, experiments, or comparisons which the defendant

intends to offer as evidence at the trial.  (B) Any real evidence which the defendant intends to offer in

evidence at the trial.  This request is a continuing request, to cover not only all such material

currently in existence, but all material which comes into existence to the conclusion of this case.


George W. Kennedy
District Attorney

By _____

Steven Dick
Deputy District Attorney

23



| SUPERIOR COURT OF CALIFORNIA, COUNTY OF | **SANTA CLARA** | FOR COURT USE ONLY |
|---|---|---|

STREET ADDRESS: **190 WEST HEDDING STREET**
MAILING ADDRESS: **190 WEST HEDDING STREET**
CITY AND ZIP CODE: **SAN JOSE CA 95110**
BRANCH NAME: **HALL OF JUSTICE**

PEOPLE OF THE STATE OF CALIFORNIA

vs.

DEFENDANT: **STEVE BADUE**

0010                              IN CUSTODY

**FINGERPRINT FORM**

**F I L E D**

OCT 1 5 2002

KIRI TORRE
Chief Executive Officer/Clerk
Superior Court of California, County of Santa Clara
BY _____ DEPUTY

CASE NUMBER:
CC241061

## INSTRUCTIONS

Immediately following arraignment in superior court of a defendant charged with a felony or arraignment of a defendant by a municipal court judge sitting as a superior court judge, the court shall require the defendant to provide a right thumbprint on this form. In the event the defendant is convicted, this form shall be attached to the minute order reflecting the defendant's sentence and shall be permanently maintained in the court file. Please see Penal Code section 992 for further information, including when the defendant is physically unable to give a right thumbprint.

For a proper imprint and durable record, this form should be printed on paper that meets California Department of Justice specifications: a 99 pound white tab card or 100 pound white tab stock 0.0070 inch thick (0.0066 through 0.0074 inch is acceptable). Paper smoothness should be 100–140 sheffield units. The form should be printed with the grain left to right.

1. The box to the right contains the defendant's

   ☑ right thumbprint

   ☐ other print *(specify)*:

2. The print was taken on *(date)*:

        10/15/2002

3. The print was taken by

   a. Name: JOHNSON

   b. Position: DEPUTY

   c. Badge or serial No.: 1852

**24**

```
                                                        CASE NO.    CC241061
        SUPERIOR COURT                                  CEN         02505160
        190 WEST HEDDING ST. JT                                     DEPT.
        SAN JOSE, CA 95110              DATE  10/15/2002  1:30 PM         24
PEOPLE VS.  STEVE BADUE                       01/04/1966 CAC0655444
L.K.A.                    TRANSIENT    CLERK  P. COOPER            BGN149 M
                                       HEARING  INFORMATION
JUDGE   HON. HUGH F. MULLIN III        AGENCY  SJ-04313-2836 -MARTINEZ
REPORTER  K. LLOYD                     STATUS  I-SET -100000              TW
DEF. ATTY.  DANTO, RANDY    D.A. D. SANDERSON  APO
CHARGES  F(001)PC290(G)(2)                                      VIOLATION DATE
                                                               02/27/2002
```

NEXT APPEARANCE 12-02-02 at 8:30

DISTRIBUTION: BLACK - FILE COPY, GREEN - DOR, BLUE - CJIC, PURPLE - DOR/PROBATION, BROWN - DEFENDANT

TOTAL TERM   25

SUPERIOR COURT      COUNTY OF SANTA CLARA

190 W HEDDING STREET

SAN JOSE CA  95110

PEOPLE VS.  **STEVE BADUE**

L.K.A.       **TRANSIENT**

JUDGE      HON. MARILYN PESTARINO ZECHER

REPORTER  IRENE FONTANA

DEF. ATTY.  **DANTO, RANDY**      D.A.    **STEVEN DICK**

CHARGES  F(001) PC290(g)(2)

CASE NO.  **CC241061**

CEN      02505160

DATE  **12/02/2002**  1:30 PM      DEPT. **26**

     01/04/1966    CAC0655444

CLERK  JANE LINN      BQN149    M

HEARING  MASTER TRIAL CALENDAR /DISCUSSION

AGENCY  SJ-04313-2836 -MARTINEZ

STATUS  IN-SET  100,000

APO

VIOLATION DATE:
01/18/2002

**NEXT APPEARANCE** _Back to MTC - Stand-by_

☒ Defendant Present ☐ Not Present    ☒ Atty Present _Randy Danto_ N/A     AD ⊙PD Legal Aide / Special App

☐ WFA ☐ Arr'd ☐ Amended complt     ☐ Arr ☐ Plea ☐ IDC ☐ Prob / Sent     ☐ Interp_____

☐ PC977 Waiver ☐ Filed ☐ On file     ☐ Bail/ OR/ SORP ☐ Rect Dr Rpt ☐ FAR    ☐ Pretrial Services to Contact Gateway for Assm't

☐ NG ☐ Entered by CRT ☐ NGBRI / Adv     ☐ PSet ☐ Prelim ☐ PTC ☒ S/B MTC     ☐ Bail Reinstated ☐ Bail Exonerated

☐ Priors / Allegations / Enhancements Denied    ☐ Further ☐ Jury ☐ CT ☐ Poo/Def Wav Jury    ☐ Forfeited    Bond #_____

☐ TW ☐ TNW ☐ TW / WD ☐ for Sent     ☐ Proof of_____     ☐ Reassumption Filed ☐ Forfeiture Set Aside

☐ Ref / Appt PD / ADO ☐ Conflict Decl     ☐ Ref'd _____     ☐ $_____ Costs Within 30 Days to Court

☐ Relieved _____ Appt'd     ☐ Crim Proc Susp ☐ Rein     SORP / OR ☐ Revoked ☐ Reinstated

☐ Hrg on Motion_____     ☐ Doubt Decl Pursuant PC 1368     ☐ BW Ordered $_____      ☐ Stayed

☐ Granted ☐ Den ☐ Subm ☐ OC     ☐ Subm on rept ☐ Found_____     ☐ BW Set Aside ☐ Recalled ☐ To Issue

☐ Drs. Appointed_____     ☐ Max Term_____ ☐ Committed_____    Other: _Court sends matter back to_

☐ Prelim Waived ☐ Certified to General Jurisdiction ☐ MDA / COM Amended to _stand-by status - to accomodate_

**PLEA Conditions:** ☐ None ☐ No State Prison ☐ PC17 after 1 Yr Prob ☐ Includes VOP _another matter already_

☐ Jail / Prison Term of_____ _going to trial in this dept_     ☐ Submit time of sent

☐ Dismissal / Striking_____     

☐ Adv ☐ Max Pen ☐ Parole/Probation ☐ Appeal ☐ Immig ☐ Reg PC290/HS11590/PC457.1/PC168.30 ☐ Future serious felony prior ☐ PC12021 (gun)

☐ Waives Consti Rights ☐ Written Waiver filed ☐ PC17 REDUCTION ☐ Waives Arbuckle ☐ Harvey Stip

☐ COP PLEADS ☐ GUILTY ☐ NOLO CONTENDERE to charges & admits enhs/priors (see below) ☐ Factual Basis found ☐ Findings stated

☐ Notice of Eligibility Filed ☐ DEJ Granted ☐ DEJ Rein ☐ DEJ Term ☐ Guilty Plea Rendered

☐ Waives Referral ☐ Ref'd to APO Full Rpt ☐ PROBATION DENIED    **FINES/FEES:** PAY TO ☐ Ref to DOR ☐ COURT

☐ Sentenced to_____ State Prison/County Jail ☐ Sent Suspended     COUNT___ $_____ + PA $_____ ☐ Purs HS11350d

**PROBATION** ☐ Execution ☐ Imposition of sentence suspended for probation period    COUNT___ $_____ + PA $_____

☐ COURT ☐ FORMAL PROBATION GRANTED for ___ Days / Mos / Yrs    DPF / AIDS  $_____ + PA $_____

☐ Report to APO within ___ Days ☐ Upon Release ☐ Terminated    DRF / RF  $_____ Add'l PRF $_____ Susp'd PC1202.45

☐ Commun Atem Program ☐ Perform___ hrs Volunteer Work    DEJ  $_____ CTS PC 2900.5  $_____

☐ Submit Search / Testing ☐ Educ / Voc Trng / Empl     AEF  $_____ **TOTAL DUE**  $_____

☐ Not drive w/o valid DL & Ins ☐ DVPO Issued / mod / term Exp_____    ADPA  $_____ ☐ Committed @ $_____ /Day

☐ Not own/possess deadly weapons ☐ Weapon ordered destroyed    LAB  $_____ ☐ Consec/Conc to_____

☐ No contact w/Victim or family / co-defts unless appr by APO ☐ PC1202.05   NC  $_____ ☐ Payments Granted / Modified

☐ No alcohol / drugs or where sold ☐ Restitution_____    ASF / CPF  $_____ $_____ / Mo beginning_____

☐ Substance abuse, Domestic Violence, Psychological, Parenting cnsl / prgm   AR  $_____ ☐ FINE STAYED_____

☐ PC296 (DNA) ☐ PC1202.1 (Aids Testing) ☐ Aids Education Program   SHELTER  $_____ ☐ Fine Deemed Satisfied ☐ Commuted

☐ Other:_____ ☐ DV_____ ☐ Vol Wk_____ Hrs in Lieu of Fine

**VOP:** ☐ Arr'd VOP ☐ Admits/Denies Violation ☐ Court Finds VOP / No VOP   ATTY  $_____ ☐ DSA thru APO / DOR / CRT ☐ Filed

☐ Prob Rein / Mod / Term / Revoked / Remains Revoked / Ext to_____   P/INV  $_____ ☐ P/SUP $_____ / Mo_____

☐ Original Terms & Conditions Except as Amended Herein    CJAF  $_____ to_____

☐ Coterminous with_____ ☐ No Further Penalties    ☐ Restitution $_____ to_____

**JAIL/PRISON** ☐ See Attachm't Pg for Add'l Orders, Charges, PC1385 Reasons    ☐ Referred to VWAC ☐ As Determined APO / CRT

| Count | F/M | Violation | Prison Term / Yrs | Enhancement / Priors | Yrs / Styd / Strkn | County Jail |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

| Enhancement | Yrs/S | Enhancement | Yrs/S | Enhancement | Yrs/S | Enhancement | Yrs/S | Enhancement | Yrs/S | Total |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |

CTS =_____ ACT +_____ ☐ PC4019 ☐ PC2933.1 =_____ TOTAL DAYS    TOTAL TERM _____ **26**

☐ Straight time ☐ WWP ☐ PC1209 Fees ☐ Waived ☐ Court Rec_____ ☐ Except ☐ EMP/PSP/WF/ERP/DRP/Co Parole/NP

☐ Sent Deemed Srvd ☐ Rpt to Local Parole ☐ Adv of_____ Yrs Parole/Appeal Rights ☐ Consec. ☐ Conc to_____

☐ Bal CJ Susp ☐ All but_____ Days/Mos ☐ On Cond Complete Residential Treatment Prgm ☐ Serve Consec MO/TU/WE/TH/FR/SA/SU

☐ Pre-process_____ ☐ AM/PM ☐ Stay/Surrender Transport to_____ @_____ AM/PM or Sooner

☒ REMANDED-BAIL $ _Asset_ ☐ NO BAIL ☐ COMMITTED ☐ RELEASED ☐ OR ☐ SORP ☐ DOC TO CONTACT JAC FOR ASSM'T

☐ AS COND OF SORP ☐ BAIL INCREASED / REDUCED ☐ TO PRGM AS REQ BY JAC-DOC TO TRANSPORT FOR BALANCE OF JAIL.

DISTRIBUTION:   BLACK - FILE COPY,   GREEN - DOC,   BLUE - CJIC,   PURPLE - DOR/PROBATION,   BROWN - DEFENDANT

SUPERIOR COURT    COUNTY OF SANTA CLARA    CASE NO.  CC241061
190 W HEDDING STREET    CEN  02505160
SAN JOSE CA 95110    DATE  12/03/2002  1:30 PM  DEPT.  26

PEOPLE VS.  STEVE BADUE    01/04/1966  CAC0655444
L.K.A.    TRANSIENT    CLERK  JANE LINN  BQN149  M
    HEARING  MASTER TRIAL CALENDAR /DISCUSSION
JUDGE  HON. MARILYN PESTARINO ZECHER  AGENCY  SJ-04313-2836  -MARTINEZ
REPORTER  NOT REPORTED    STATUS  IN-SET  100,000  TW^N
DEF. ATTY.  DANTO, RANDY  D.A.  STEVEN DICK  APO    VIOLATION DATE:
CHARGES  F(001) PC290(g)(2)    01/18/2002

**NEXT APPEARANCE** *12/04/2002 @ 9:40 a.m. D-26*

☐ Defendant Present ☒ Not Present *Apr 14* ☒ Atty Present *Randy Danto*    AD/(PD)/ Legal Aide / Special App
☐ WFA ☐ Arr'd ☐ Amended compl *W.D*    ☐ Arr ☐ Plea ☐ IDC ☐ Prob / Sent    ☐ Interp_____
☐ PC977 Waiver ☐ Filed ☐ On file    ☐ Bail/ OR/ SORP ☐ Rect Dr Rpt ☐ FAR    ☐ Pretrial Services to Contact Gateway for Assm't
☐ NG ☐ Entered by CRT ☐ NGBRI / Adv    ☐ PSet ☐ Prelim ☐ PTC ☐ S/B MTC    ☐ Bail Reinstated ☐ Bail Exonerated
☐ Priors / Allegations / Enhancements Denied    ☐ Further ☐ Jury ☐ CT ☐ PeoDef Wav Jury    ☐ Forfeited   Bond #_____
☐ TW ☐ TNW ☐ TW / WD ☐ for Sent    ☒ Proof of *Shakedown from*    ☐ Reassumption Filed ☐ Forfeiture Set Aside
☐ Ref / Appt PD / ADO ☐ Conflict Decl    ☒ Ref'd *Stand by MTC*    ☐ $_____ Costs Within 30 Days to Court
☐ _____ Relieved _____ Appt'd    ☐ Crim Proc Susp ☐ Rein    SORP / OR ☐ Revoked ☐ Reinstated
☐ Hrg on Motion _____    ☐ Doubt Decl Pursuant PC 1368    ☐ BW Ordered $_____ ☐ Stayed
☐ Granted ☐ Den ☐ Subm ☐ OC    ☐ Subm on rept ☐ Found _____    ☐ BW Set Aside ☐ Recalled ☐ To Issue
☐ Drs. Appointed _____    ☐ Max Term _____ ☐ Committed _____    Other *Court took C.O.P. in trial*
☐ Prelim Waived ☐ Certified to General Jurisdiction ☐ MDA / COM Amended to *master that took priority re:*
    *for this matter)*

**PLEA Conditions:** ☐ None ☐ No State Prison ☐ PC17 after 1 Yr Prob ☐ Includes VOP *TNW status - fresh by the Court*
☐ Jail / Prison Term of _____    *for this matter)*    ☐ Stdm time of sent
☐ Dismissal / Striking _____
☐ Adv ☐ Max Pen ☐ Parole/Probation ☐ Appeal ☐ Immig ☐ Reg PC290/HS11590/PC457.1/PC186.30 ☐ Future serious felony prior ☐ PC12021 (gun)
☐ Waives Constit Rights ☐ Written Waiver filed ☐ PC17 REDUCTION ☐ Waives Arbuckle ☐ Harvey Stip _____
☐ COP PLEADS ☐ GUILTY ☐ NOLO CONTENDERE to charges & admits enh/priors (see below) ☐ Factual Basis found ☐ Findings stated
☐ Notice of Eligibility Filed ☐ DEJ Granted ☐ Rpt to DADS ☐ DEJ Rein ☐ DEJ Term ☐ Guilty Plea Rendered
☐ Waives Referral ☐ Ref'd to APO Full Rpt ☐ PROBATION DENIED    **FINES/FEES:** PAY TO ☐ Ref to DOR ☐ COURT
☐ Sentenced to _____ State Prison/County Jail ☐ Sent Suspended    COUNT_____ $_____ + PA $_____ ☐ Purs HS11350d
**PROBATION** ☐ Execution ☐ Imposition of sentence suspended for probation period    COUNT_____ $_____ + PA $_____
☐ COURT ☐ FORMAL PROBATION GRANTED for _____ Days / Mos / Yrs    DPF / AIDS $_____ + PA $_____
☐ Report to APO within _____ Days ☐ Upon Release ☐ Terminated    DRF / RF $_____ Add'l RF$_____ Susp'd PC1202.45
☐ Commun Altern Program ☐ Perform _____ hrs Volunteer Work    DEJ $_____ **CTS PC 2900.5** $_____
☐ Submit Search / Testing ☐ Educ / Voc Trng / Empl    AEF $_____ **TOTAL DUE** $_____
☐ Not drive w/o valid DL & Ins ☐ DVPO Issued / mod / term Exp _____    ADPA $_____ ☐ Committed @ $_____ /Day
☐ Not own/possess deadly weapons ☐ Weapon ordered destroyed _____    LAB $_____ ☐ Consec/Conc to _____
☐ No contact w/victim or family / co-defts unless appr by APO ☐ PC1202.05    NC $_____ ☐ Payments Granted / Modified
☐ No alcohol / drugs or where sold ☐ Restitution _____    ASF / CPF $_____ / Mo beginning _____
☐ Substance abuse, Domestic Violence, Psychological, Parenting cnsl / prgm    AR $_____ ☐ FINE STAYED
☐ PC296 (DNA) ☐ PC1202.1 (Aids Testing) ☐ Aids Education Program    SHELTER $_____ ☐ Fine Deemed Satisfied ☐ Commuted
☐ Other: _____    DV $_____ ☐ Vol Wk _____ Hrs in Lieu of Fine
**VOP:** ☐ Arr'd VOP ☐ Admits/Denies Violation ☐ Court Finds VOP / No VOP    ATTY $_____ ☐ DSA thru APO / DOR / CRT ☐ Filed
☐ Prob Rein / Mod / Term / Revoked ☐ Remains Revoked / Ext to _____    P/INV $_____ ☐ PF/SUP $_____ /Mo
☐ Original Terms & Conditions Except as Amended Herein    CJAF $_____ _____ to _____
☐ Coterminous with _____ ☐ No Further Penalties    ☐ Restitution $_____ _____ to _____
**JAIL/PRISON** ☐ See Attachm't Pg for Add'l Orders, Charges, PC1385 Reasons    ☐ Referred to VWAC ☐ As Determined APO / CRT

| Count | F/M | Violation | Prison Term / Yrs | Enhancement / Priors | Yrs / Styd / Strkn | County Jail |
|-------|-----|-----------|-------------------|----------------------|--------------------|-------------|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

| Enhancement | Yrs/S | Enhancement | Yrs/S | Enhancement | Yrs/S | Enhancement | Yrs/S | Enhancement | Yrs/S | Total |
|-------------|-------|-------------|-------|-------------|-------|-------------|-------|-------------|-------|-------|
|  |  |  |  |  |  |  |  |  |  | / |

CTS =_____ ACT +_____ ☐ PC4019 ☐ PC2933.1 _____ TOTAL DAYS _____ TOTAL TERM _____ *27*
☐ Straight time ☐ WWP ☐ PC1209 Fees ☐ Waived ☐ Court Rec_____ ☐ Except ☐ EMP/PSP/WF/ERP/DRP/Co Parole/NP
☐ Sent Deemed Srvd ☐ Jail Credit ☐ No Local Parole ☐ Adv of _____ Yrs Parole/Appeal Rights ☐ Consec ☐ Conc to_____
☐ Bal CJ Susp ☐ All but_____ Days/Mos ☐ On Cond Complete Residential Treatment Prgm ☐ Serve Consec MO/TU/WE/TH/FR/SA/SU
☐ Pre-process _____ AM/PM ☐ Stay/Surrender Transport to _____ @ _____ AM/PM or Sooner

☒ REMANDED-BAIL $ *As set* ☐ NO BAIL ☐ COMMITTED ☐ RELEASED ☐ OR ☐ SORP ☐ DOC TO CONTACT JAC FOR ASSM'T
☐ AS COND OF SORP ☐ BAIL INCREASED / REDUCED ☐ TO PRGM AS REC BY JAC-DOC TO TRANSPORT FOR BALANCE OF JAIL

*gd*

DISTRIBUTION:  BLACK - FILE COPY.  GREEN - DOC.  BLUE - CJIC.  PURPLE - DOR/PROBATION.  BROWN - DEFENDANT

**Superior Court of California**
**County of Santa Clara**

Hall of Justice
Criminal Division
190 West Hedding Street
San Jose, California 95110

**(ENDORSED)**
**F I L E D**

DEC 0 4 2002

KIRI TORRE
Chief Executive Officer/Clerk
Superior Court of CA County of Santa Clara
BY _Jy JANE LINN_ DEPUTY

Date: December 4, 2002

*original to Doctor*
*with Police Rpt &*
*Information*

Dr. James Missett, Ph.D.
1187 University Drive
Menlo Park, CA  94025

IN RE:    **APPOINTMENT AS MEDICAL EXAMINER**
          **UNDER SECTION 1369(a) OF THE PENAL CODE**

SUBJECT: Case #CC241061

*THE PEOPLE OF THE STATE OF CALIFORNIA VS. STEVE BADUE*

| | |
|---|---|
| Charge(s): PC 290(g)(2) | Interpreter Needs: N/A |
| Attorney: Randy Danto | CEN No.: 97002463 |
| Custodial Status:  IN | PFN No.: BQN149   M |

Dear Doctor:

Please be advised that the Honorable Mailyn Pestarino Zecher, Judge of the Superior Court, duly appointed you to perform an examination upon the subject defendant pursuant to the above-cited section of the Penal Code of the State of California.

Pursuant to said examination, please file your report with the Court no later than 9:00 A.M. on Friday, December 20, 2002 in Department 29A. **If you have already been appointed on this case, please contact the Court at (408) 299-3291. You will not be paid to conduct another report unless so ordered by the Court to do so.**

Please include your conclusion as to this question which is before the court at this time:

*A defendant is mentally incompetent for purposes of this chapter if, as a result of mental disorder, he/she is unable to understand the nature of the proceedings taken against him/her and to assist counsel in the conduct of a defense in a rational manner.*

Thank you for your professional consideration.

Officially,
KIRI TORRE, Chief Executive Officer/Clerk

By: _Jane C. Linn_
    Jane Linn, Deputy Courtroom Clerk

/jl
cc: File

**NOTE:    It is necessary to show this letter to the County Jail authorities to gain entrance.**

28

SUPERIOR COURT      COUNTY OF SANTA CLARA

190 W HEDDING STREET

SAN JOSE CA 95110

| | |
|---|---|
| | CASE NO.    CC241061 |
| | CEN        02505160 |
| DATE   12/04/2002   9:00 AM     DEPT.    26 | |

PEOPLE VS.    **STEVE BADUE**               01/04/1966     CAC0655444

L.K.A.          **TRANSIENT**            CLERK   JANE LINN      BQN149     M

                                        HEARING   MASTER TRIAL CALENDAR /DISCUSSION

JUDGE     HON. MARILYN PESTARINO ZECHER      AGENCY   SJ-04313-2836   -MARTINEZ

REPORTER   NOT REPORTED                         STATUS   IN-SET    100,000           TW   N

DEF. ATTY.   DANTO, RANDY      D.A.    **STEVEN DICK**      APO                        VIOLATION DATE:

CHARGES   F(001) PC290(g)(2)                                                    01/18/2002

**NEXT APPEARANCE** _12/24/2002 @ 1:30 p.m. D-24_

- [X] Defendant Present ☐ Not Present
- [X] Atty Present ☑ _Randy Danto_ A/R
- ☐ WFA ☐ Arr'd ☐ Amended complt
- ☐ Arr ☐ Plea ☐ IDC ☐ Prob / Sent
- ☐ PG877 Waiver ☐ Filed ☐ On file
- ☐ Bail/ OR/ SORP [X] Rect Dr Rpt ☐ FAR
- ☐ NG ☐ Entered by CRT ☐ NGBRI / Adv
- ☐ PSet ☐ Prelim ☐ PTC ☐ S/B MTC
- ☐ Prlors / Allegations / Enhancements Denied
- ☐ Further ☐ Jury ☐ CT ☐ Peo/Def Wav Jury
- ☐ TW ☐ TNW ☐ TW / WD ☐ for Sent
- ☐ Proof of _____
- ☐ Ref / Appt PD / ADO ☐ Conflict Decl
- ☐ Ref'd _____
- ☐ _____ Relieved _____ Appt'd
- [X] Crim Proc Susp ☐ Rein
- ☐ Hrg on Motion _____
- [X] Doubt Decl Pursuant PC 1368
- ☐ Granted ☐ Den ☐ Subm ☐ OC
- ☐ Subm on rept ☐ Found _____
- [X] Drs. Appointed _James Missett_
- ☐ Max Term _____ ☐ Committed _____
- ☐ Prelim Waived ☐ Certified to General Jurisdiction

AD [X] PD / Legal Aide / Special App
☐ Interp _____
☐ Pretrial Services to Contact Gateway for Assm't
☐ Bail Reinstated ☐ Bail Exonerated
☐ Forfeited   Bond # _____
☐ Reassumption Filed ☐ Forfeiture Set Aside
☐ $_____ Costs Within 30 Days to Court
SORP / OR ☐ Revoked ☐ Reinstated
☐ BW Ordered $_____ ☐ Stayed
☐ BW Set Aside ☐ Recalled ☐ To Issue
Other: _Dr. Missett_
_1187 University Drive,_

**PLEA Conditions:** ☐ None ☐ No State Prison ☐ PC17 after 1 Yr Prob ☐ Includes VOP- _Menlo Park, JCA 94025_
- ☐ Jail / Prison Term of _____        _ph (650) 326-5564_
- ☐ Dismissal / Striking               _fax (650) 326-5567_ ☐ Subm time of sent
- ☐ Adv ☐ Max Pen ☐ Parole/Probation ☐ Appeal ☐ Immig ☐ Reg PC290/HS11590/PC457.1/PC186.30 ☐ Future serious felony prior ☐ PC12021 (gun)
- ☐ Waives Constit Rights ☐ Written Waiver filed ☐ **PC17 REDUCTION** ☐ Waives Arbuckle ☐ Harvey Stip
- ☐ COP PLEADS ☐ **GUILTY** ☐ **NOLO CONTENDERE** to charges & admits enhs/priors (see above) ☐ Factual Basis found ☐ Findings stated
- ☐ Notice of Eligibility Filed ☐ **DEJ** Granted ☐ Rpt to DADS ☐ DEJ Rein ☐ DEJ Term ☐ Guilty Plea Rendered
- ☐ Waives Referral ☐ Ref'd to APO Full Rpt ☐ **PROBATION DENIED**

FINES/FEES:   PAY TO ☐ Ret to DOR ☐ COURT

- ☐ Sentenced to _____ State Prison/County Jail ☐ Sent Suspended

COUNT _____ $_____ + PA $_____ ☐ Purs HS11350d

**PROBATION** ☐ Execution ☐ Imposition of sentence suspended for probation period

COUNT _____ $_____ + PA $_____

- ☐ COURT ☐ **FORMAL PROBATION GRANTED** for _____ Days / Mos / Yrs

DPF / AIDS   $_____ + PA $_____

- ☐ Report to APO within _____ Days ☐ Upon Release ☐ Terminated

DRF / RF   $_____ Add'l RF$_____ Susp'd PC1202.45

- ☐ Commun Altern Program ☐ Perform _____ hrs Volunteer Work

DEJ   $_____ **CTS PC 2900.5** $_____

- ☐ Submit Search / Testing ☐ Educ / Voc Trng / Empl

AEF   $_____ **TOTAL DUE** $_____

- ☐ Not drive w/o valid DL & Ins ☐ DVPO issued / mod / term Exp _____

ADPA   $_____ ☐ Committed @ $_____ /Day

- ☐ Not own/possess deadly weapons ☐ Weapon ordered destroyed _____

LAB   $_____ ☐ Consec/Conc to _____

- ☐ No contact w/victim or family / co-defts unless appr by APO ☐ PC1202.05

NC   $_____ ☐ Payments Granted / Modified

- ☐ No alcohol / drugs or where sold ☐ Restitution _____

ASF / CPF   $_____ / Mo beginning _____

- ☐ Substance abuse, Domestic Violence, Psychological, Parenting cnsl / prgm

AR   $_____ ☐ FINE STAYED

- ☐ PC296 (DNA) ☐ PC1202.1 (Aids Testing) ☐ Aids Education Program

SHELTER   $_____ ☐ Fine Deemed Satisfied ☐ Commuted

- ☐ Other: _____

DV   $_____ ☐ Vol Wk _____ Hrs In Lieu of Fine

**VOP:** ☐ Arr'd VOP ☐ Admits/Denies Violation ☐ Court Finds VOP / No VOP

ATTY   $_____ ☐ DSA thru APO / DOR / CRT ☐ Filed

- ☐ Prob Rein / Mod / Term / Revoked / Remains Revoked / Ext to _____

P/INV   $_____ ☐ P/SUP $_____ /Mo _____

- ☐ Original Terms & Conditions Except as Amended Herein

CJAF   $_____ _____

Determines with _____ ☐ No Further Penalties

☐ Restitution $_____ to _____

**JAIL/PRISON** ☐ See Attachm't Pg for Add'l Orders, Charges, PC1385 Reasons

☐ Referred to VWAC ☐ As Determined APO / CRT

| Count | F/M | Violation | Prison Term / Yrs | Enhancement / Priors | Yrs / Styd / Strkn | County Jail |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Enhancement | Yrs/S | Enhancement | Yrs/S | Enhancement | Yrs/S | Enhancement | Yrs/S | Enhancement | Yrs/S | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | / |
| | | | | | | | | | | |

CTS = _____ ACT + _____ PC4019 ☐ PC2933.1 _____ TOTAL DAYS _____ **TOTAL TERM**    **29**

- ☐ Straight time ☐ WWP ☐ PC1209 Fees ☐ Waived ☐ Court Rec._____ ☐ Except ☐ EMP/PSP/WF/ERP/DRP/Co Parole/NP
- ☐ Sent Deemed Srvd ☐ Rpt to Local Parole ☐ Adv of _____ Yrs Parole/Appeal Rights ☐ Consec ☐ Conc to _____
- ☐ Bal CJ Susp ☐ All but _____ Days/Mos ☐ On Cond Complete Residential Treatment Prgm ☐ Serve Consec MO/TU/WE/TH/FR/SA/SU
- ☐ Pre-process _____ ☐ Stay/Surrender Transport to _____ @ _____ AM/PM or Sooner

- [X] REMANDED-BAIL $ _As set_ ☐ NO BAIL ☐ COMMITTED     ☐ RELEASED ☐ OR ☐ SORP ☐ DOC TO CONTACT JAC FOR ASSM'T
- ☐ AS COND OF SORP ☐ BAIL INCREASED / REDUCED     ☐ TO PRGM AS REC BY JAC-DOC TO TRANSPORT FOR BALANCE OF JAIL.

DISTRIBUTION:   BLACK - FILE COPY,   GREEN - DOC,   BLUE - CJIC,   PURPLE - DOR/PROBATION,   BROWN - DEFENDANT

```
L6  SUPERIOR COURT                              CASE NO.      CC241061
    190 WEST HEDDING STREET                     CEN           02505160
    SAN JOSE, CA 95110             DATE   12/24/2002  1:30 PM DEPT.   24
PEOPLE VS.  STEVE BADUE                         01/04/1966 CAC0655444
L.K.A.              TRANSIENT     CLERK  C. VIEIRA              BQN149 M
                                 HEARING  RECEIPT OF DOCTORS REPORTS
JUDGE    HON. HUGH F. MULLIN III  AGENCY  SJ-04313-2836 -MARTINEZ
REPORTER  T. CROWLEY             STATUS  I-SET -100000           TW   N
DEF. ATTY.  DANTO, RANDY    D.A. D. SHEARER     APO
CHARGES  F(001)PC290(G)(2)                              VIOLATION DATE
                                                        02/27/2002
```

**NEXT APPEARANCE**  1-8-03  130 pm  D24

☑ Defendant Present ☐ Not Present    ☐ Atty Present  (X) Guzman_____  AD / PD / Legal Aide / Special App
☑ WFA ☐ Arr'd ☐ Amended compt      ☐ Arr ☐ Plea ☐ IDO ☐ Prob / Sent  ☐ Interp_____
☐ PC977 Waiver ☐ Filed ☐ On file   ☐ Bail/ OR/ SORP ☑ Rect Dr Rpt ☐ FAR  ☐ Pretrial Services to Contact Gateway for Assm't
☐ NG ☐ Entered by CRT ☐ NGBRI / Adv  ☐ PSet ☐ Prelim ☐ PTC ☐ S/B MTC  ☐ Bail Reinstated ☐ Bail Exonerated
☐ Priors / Allegations / Enhancements Denied  ☐ Further ☐ Jury ☐ CT ☐ Peo/Def Wav Jury  ☐ Forfeited   Bond # _____
☐ TW ☐ TNW. ☐ TW / WD ☐ for Sent   ☐ Proof of _____  ☐ Reassumption Filed ☐ Forfeiture Set Aside
☐ Ref / Appt PD / ADO ☐ Conflict Decl  ☐ Ref'd _____  ☐ $_____ Costs Within 30 Days to Court
☐____ Relieved _____ Appt'd      ☐ Crim Proc Susp ☐ Rein     SORP / OR ☐ Revoked ☐ Reinstated
☐ Hrg on Motion _____  ☐ Doubt Decl Pursuant PC 1368  ☐ BW Ordered $_____  ☐ Stayed
☐ Granted ☐ Den ☐ Subm ☐ OC        ☐ Subm on rept ☐ Found     ☐ BW Set Aside ☐ Recalled ☐ To Issue
☐ Drs. Appointed _____  ☐ Max Term ____  ☐ Committed  Other:_____
☐ Prelim Waived ☐ Certified to General Jurisdiction ☐ MDA / COM Amended to _____

**PLEA Conditions:** ☐ None ☐ No State Prison ☐ PC17 after 1 Yr Prob ☐ Includes VOP_____
☐ Jail / Prison Term of _____
☐ Dismissal / Striking _____  ☐ Subm time of sent
☐ Adv ☐ Max Pen ☐ Parole/Probation ☐ Appeal ☐ Immig ☐ Reg PC290/HS11590/PC457.1/PC186.30 ☐ Future serious felony prior ☐ PC12021 (gun)
☐ Waives Constit Rights ☐ Written Waiver filed ☐ PC17 REDUCTION ☐ Waives Arbuckle ☐ Harvey Stip _____
☐ COP PLEADS ☐ GUILTY ☐ NOLO CONTENDERE to charges & admits enh/priors (see below)  ☐ Factual Basis found ☐ Findings stated
☐ Notice of Eligibility Filed ☐ DEJ Granted ☐ Rpt to DADS ☐ DEJ Rein ☐ DEJ Term ☐ Guilty Plea Rendered
☐ Waives Referral ☐ Ref'd to APO Full Rpt ☐ PROBATION DENIED  FINES/FEES: PAY TO. ☐ Ref to DOR ☐ COURT
☐ Sentenced to ____ State Prison/County Jail ☐ Sent Suspended  COUNT____ $_____ + PA $_____ ☐ Purs HS11350d
**PROBATION** ☐ Execution ☐ Imposition of sentence suspended for probation period  COUNT____ $_____ + PA $_____
☐ COURT ☐ FORMAL PROBATION GRANTED for ____ Days / Mos / Yrs  DPF / AIDS  $_____ + PA $_____
☐ Report to APO within _____ Days ☐ Upon Release ☐ Terminated  DRF / RF  $_____  Add'l RF$_____ Susp'd PC1202.45
☐ Commun Altern Program ☐ Perform ____ hrs Volunteer Work  DEJ   $_____  **CTS PC 2900.5**  $_____
☐ Submit Search / Testing ☐ Educ / Voc Trng / Empl  AEF   $_____  **TOTAL DUE**  $_____
☐ Not drive w/o valid DL & Ins ☐ DVPO Issued / mod / term Exp  ADPA   $_____  ☐ Committed @ $_____/Day
☐ Not own/possess deadly weapons ☐ Weapon ordered destroyed  LAB   $_____  ☐ Consec/Conc to _____
☐ No contact w/victim or family / co-defts unless appr by APO ☐ PC1202.05  NC   $_____  ☐ Payments Granted / Modified
☐ No alcohol / drugs or where sold ☐ Restitution _____  ASF / CPF  $_____  $_____ / Mo beginning _____
☐ Substance abuse, Domestic Violence, Psychological, Parenting cnsl / prgm  AR   $_____  ☐ FINE STAYED _____
☐ PC296 (DNA) ☐ PC1202.1 (Aids Testing) ☐ Aids Education Program  SHELTER  $_____  ☐ Fine Deemed Satisfied ☐ Commuted
☐ Other:_____  DV   $_____  ☐ Vol Wk _____ Hrs in Lieu of Fine
**VOP:** ☐ Arr'd VOP ☐ Admits/Denies Violation ☐ Court Finds VOP / No VOP  ATTY   $_____  ☐ DSA thru APO / DOR / CRT ☐ Filed
☐ Prob Rein / Mod / Term / Revoked / Remains Revoked / Ext to _____  P/INV  $_____  ☐ P/SUP $_____/Mo_____
☐ Original Terms & Conditions Except as Amended Herein  CJAF   $_____  to _____
Coterminous with _____  ☐ No Further Penalties  Restitution $_____
**JAIL/PRISON** ☐ See Attach'm't Pg for Add'l Orders, Charges, PC1385 Reasons  ☐ Referred to VWAC ☐ As Determined APO / CRT

| Count | F/M | Violation | Prison Term / Yrs | Enhancement / Priors | Yrs / Styd / Strkn | County Jail |
|-------|-----|-----------|-------------------|----------------------|---------------------|-------------|
|       |     |           |                   |                      |                     |             |
|       |     |           |                   |                      |                     |             |
|       |     |           |                   |                      |                     |             |
|       |     |           |                   |                      |                     |             |

| Enhancement | Yrs/S | Enhancement | Yrs/S | Enhancement | Yrs/S | Enhancement | Yrs/S | Enhancement | Yrs/S | Total |
|-------------|-------|-------------|-------|-------------|-------|-------------|-------|-------------|-------|-------|
|             |       |             |       |             |       |             |       |             |       |   /   |

CTS +_____  ACT +_____ ☐ PC4019 ☐ PC2933.1 _____ TOTAL DAYS  TOTAL TERM _____
☐ Straight time ☐ WWP ☐ PC1209 Fees ☐ Waived ☐ Court Rec ____  ☐ Except ☐ EMP/PSP/WF/ERP/DRP/Co Parole/NP
☐ Sent Deemed Srvd ☐ Rpt to Local Parole ☐ Adv of ____ Yrs Parole/Appeal Rights ☐ Consec ☐ Conc to _____
☐ Bail CJ Susp ☐ All but ____ Days/Mos ☐ On Cond Complete Residential Treatment Prgm ☐ Serve Consec MO/TU/WE/TH/FR/SA/SU
☐ Pre-process _____ AM/PM ☐ Stay/Surrender Transport to _____ @ _____ AM/PM or Sooner

☑ REMANDED-BAIL $  100,000  ☐ NO BAIL ☐ COMMITTED     ☐ RELEASED ☐ OR ☐ SORP ☐ DOC TO CONTACT JAC FOR ASSM'T
☐ AS COND OF SORP ☐ BAIL INCREASED / REDUCED     ☐ TO PRGM AS REC BY JAC-DOC TO TRANSPORT FOR BALANCE OF JAIL

DISTRIBUTION:  BLACK - FILE COPY,  GREEN - DOC,  BLUE - CJIC,  PURPLE - DOR/PROBATION,  BROWN - DEFENDANT

30

51.  SUPERIOR COURT
     190 WEST HEDDING ST
     SAN JOSE, CA 95110

PEOPLE VS.  STEVE BADUE
L.K.A.                    TRANSIENT

JUDGE    HON. KEVIN J. MURPHY
REPORTER A. LEVEQUE
DEF. ATTY. DANTO, RANDY      D.A. D. SHEARER
CHARGES  F(001)PC290(G)(2)

CASE NO.    CC241061
CEN         02505160
DATE   01/08/2003  1:30 PM DEPT.  24
       01/04/1966 CAC0655444
CLERK   C. KELLER        BGN149 M
HEARING   RECEIPT OF DOCTORS REPORTS
AGENCY  SJ-04313-2836 -MARTINEZ
STATUS  I-SET -100000         TW   N
APO
                    VIOLATION DATE
                    08/27/2002

(handwritten: 2.3.03 @ 8:30 D24   1.16.03 @ 8:30 D31  disp)

**NEXT APPEARANCE**

[Form with numerous checkboxes - Defendant Present, Atty Present, PLEA Conditions, PROBATION, FINES/FEES, JAIL/PRISON, etc.]

DISTRIBUTION:  BLACK - FILE COPY,  GREEN - DOC,  BLUE - CJIC,  PURPLE - DOR/PROBATION,  BROWN - DEFENDANT

# <u>CONFIDENTIAL</u>

## MAY NOT BE EXAMINED WITHOUT COURT ORDER

### THE PEOPLE

### VS

### STEVE KENT BADUE

### COURT OF APPEAL NUMBER:

### CASE NUMBER:     CC241061

**MEDICAL / PSYCHIATRIC EXAMINATION UNDER SECTION 1369(a) OF THE PENAL CODE**

**SEALED PAGES** __32__     **THRU** __38__

4   SUPERIOR COURT
    190 WEST HEDDING STREET
    SAN JOSE, CA 95110
PEOPLE VS.  STEVE BADUE
L.K.A.                TRANSIENT

CASE NO.   CC241061
CEN        02505160
DATE   01/16/2003   9:00 AM  DEPT.   31
01/04/1966  CAC0655444
CLERK   J.LINN/C.KELLER           BQN149 M
HEARING   READINESS CALENDAR

JUDGE     HON. KEVIN J. MURPHY
REPORTER  A.LEVEQUE Not reported
DEF. ATTY. DANTO, RANDY
CHARGES   F(001)PC290(G)(2)

AGENCY   SJ-0431 3-2836 -MARTINEZ
STATUS   I-SET -100000            TW    N
D.A.  Steven Dick
APO

VIOLATION DATE
02/27/2002

R.A.S. → 02/03/03 @ 8:30 D-24
NEXT APPEARANCE   dv/an/0031@XNBA 10+4th Arthial Setting

☐ Defendant Present ☒ Not Present   ☒ Atty Present   R. Danto   AD (PD) Legal Aide / Special Appr.
☐ WFA ☐ Arr'd ☐ Amended complt   ☐ Arr ☐ Plea ☐ IDC ☐ Prob / Sent   ☐ Interp
☐ PC977 Waiver ☐ Filed ☐ On file   ☐ Bail/OR/SORP ☐ Rect Dr Rpt ☐ FAR   ☐ Pretrial Services to Contact Gateway for Assm't
☐ NG ☐ Entered by CRT ☐ NGBRI / Adv   ☐ PSet ☐ Prelim ☐ PTC (Waived)   ☐ Bail Reinstated ☐ Bail Exonerated
☐ Priors / Allegations / Enhancements Denied   ☐ Further ☐ Jury ☐ CT ☐ Pen/Def Wav Jury   ☐ Forfeited   Bond #
☐ TW ☐ TNW ☐ TW / WD ☐ for Sent   Prob/Jury   ☐ Reassumption Filed ☐ Forfeiture Set Aside
☐ Ref / Appt PD / ADO ☐ Conflict Decl   Set Contested MTC   ☐ $           Costs Within 30 Days to Court
☐           Relieved           Appt'd   ☐ Crim Proc Susp ☐ Rein   SORP / OR ☐ Revoked ☐ Reinstated
☐ Hrg on Motion           ☐ Doubt Decl Pursuant PC 1368   ☐ BW Ordered $           ☐ Stayed
☐ Granted ☐ Den ☐ Subm ☐ OC   ☐ Subm on rept ☐ Found           ☐ BW Set Aside ☐ Recalled ☐ To Issue
☐ Drs. Appointed           ☐ Max Term           ☐ Committed           Other:
☐ Prelim Waived ☐ Certified to General Jurisdiction ☐ MDA / COM Amended to   Dispo arrived @ impasse
**PLEA Conditions:** ☐ None ☐ No State Prison ☐ PC17 after 1 Yr Prob ☐ Includes VOP
☐ Jail / Prison Term of
☐ Dismissal / Striking                                                    ☐ Subm time of sent
☐ Adv ☐ Max Pen ☐ Parole/Probation ☐ Appeal ☐ Immig ☐ Reg PC290/HS11590/PC457.1/PC186.30 ☐ Future serious felony prior ☐ PC12021 (gun)
☐ Waives Constit Rights ☐ Written Waiver filed ☐ PC17 REDUCTION ☐ Waives Arbuckle ☐ Harvey Stip
☐ COP PLEADS  ☐ GUILTY  ☐ NOLO CONTENDERE to charges & admits enh/priors (see below) ☐ Factual Basis found ☐ Findings stated
☐ Notice of Eligibility Filed ☐ DEJ Granted ☐ Rpt to DADS ☐ DEJ Rein ☐ DEJ Term ☐ Guilty Plea Rendered
☐ Waives Referral ☐ Ref'd to APO Full Rpt ☐ PROBATION DENIED   FINES/FEES:  PAY TO  ☐ Ref to DOR ☐ COURT
☐ Sentenced to           State Prison/County Jail ☐ Sent Suspended   COUNT           $           + PA $           ☐ Purs HS11350d
**PROBATION** ☐ Execution ☐ Imposition of sentence suspended for probation period   COUNT           $           + PA $
☐ COURT ☐ FORMAL PROBATION GRANTED for           Days / Mos / Yrs   DPF / AIDS  $           + PA $
☐ Report to APO within           Days ☐ Upon Release ☐ Terminated   DRF / RF    $           Add'l RF$           Susp'd PC1202.45
☐ Commun Altern Program ☐ Perform           hrs Volunteer Work   DEJ         $           CTS PC 2900.5  $
☐ Submit Search / Testing ☐ Educ / Voc Trng / Empl   AEF         $           TOTAL DUE  $
☐ Not drive w/o valid DL & Ins ☐ DVPO issued / mod / term Exp           ADPA        $           Committed @ $           /Day
☐ Not own/possess deadly weapons ☐ Weapon ordered destroyed   LAB         $           Consec/Conc to
☐ No contact w/Victim or family / co-defts unless appr by APO ☐ PC1202.05   NC          $           Payments Granted / Modified
☐ No alcohol / drugs or where sold ☐ Restitution           ASF / CPF   $           / Mo beginning
☐ Substance abuse, Domestic Violence, Psychological, Parenting cnsl / prgm   AR          $           FINE STAYED
☐ PC296 (DNA) ☐ PC1202.1 (Aids Testing) ☐ Aids Education Program   SHELTER     $           Fine Deemed Satisfied ☐ Commuted
☐ Other:           DV          $           Vol Wk           Hrs in Lieu of Fine
**VOP:**  ☐ Arr'd VOP ☐ Admits/Denies Violation ☐ Court Finds VOP / No VOP   ATTY        $           DSA thru APO / DOR / CRT ☐ Filed
☐ Prob Rein / Mod / Term / Revoked / Remains Revoked / Ext to           PINV        $           P/SUP $           /Mo
☐ Original Terms & Conditions Except as Amended Herein   CJAF        $           to
☐ Coterminous with           ☐ No Further Penalties   ☐ Restitution $
**JAIL/PRISON** ☐ See Attachm't Pg for Add'l Orders, Charges, PC1385 Reasons   ☐ Referred to VWAC ☐ As Determined APO / CRT

| Count | F/M | Violation | Prison Term / Yrs | Enhancement / Priors | Yrs / Styd / Strkn | County Jail |
|-------|-----|-----------|-------------------|----------------------|--------------------|-------------|
|       |     |           |                   |                      |                    |             |
|       |     |           |                   |                      |                    |             |
|       |     |           |                   |                      |                    |             |
|       |     |           |                   |                      |                    |             |

| Enhancement | Yrs/S | Enhancement | Yrs/S | Enhancement | Yrs/S | Enhancement | Yrs/S | Enhancement | Yrs/S | Total |
|-------------|-------|-------------|-------|-------------|-------|-------------|-------|-------------|-------|-------|
|             |       |             |       |             |       |             |       |             |       | /     |

CTS =           ACT +           ☐ PC4019 ☐ PC2933.1 =           TOTAL DAYS           TOTAL TERM           **39**
☐ Straight time ☐ WWP ☐ PC1209 Fees ☐ Waived ☐ Court Rec           ☐ Except ☐ EMP/PSP/WF/ERP/DRP/Co Parole/NP
☐ Sent Deemed Srvd ☐ Rpt to Local Parole ☐ Adv of           Yrs Parole/Appeal Rights ☐ Consec ☐ Conc to
☐ Bal CJ Susp ☐ All but           Days/Mos ☐ On Cond Complete Residential Treatment Prgm ☐ Serve Consec MO/TU/WE/TH/FR/SA/SU
☐ Pre-process           AM/PM ☐ Stay/Surrender Transport to           @           AM/PM or Sooner

☐ REMANDED-BAIL $ 100,000 ☐ NO BAIL ☐ COMMITTED   ☐ RELEASED ☐ OR ☐ SORP ☐ DOC TO CONTACT JAC FOR ASSM'T
☐ AS COND OF SORP ☐ BAIL INCREASED / REDUCED   ☐ TO PRGM AS REC BY JAC-DOC TO TRANSPORT FOR BALANCE OF JAIL

DISTRIBUTION:   BLACK - FILE COPY,   GREEN - DOC,   BLUE - CJIC,   PURPLE - DOR/PROBATION,   BROWN - DEFENDANT

GEORGE W. KENNEDY 052527
STEVEN DICK, DEPUTY DISTRICT ATTORNEY
State Bar number 181420
COUNTY OF SANTA CLARA
70 WEST HEDDING STREET
SANTA CLARA, CA  95110
TELEPHONE: (408) 792-2652

ATTORNEYS FOR THE PEOPLE

**FILED**

FEB 03 2003

KIRI TORRE
Chief Executive Officer/Clerk
Superior Court of CA County of Santa Clara
BY _____ JOSE OLIVAREZ _____ DEPUTY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SANTA CLARA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, | NO.  CC241061 |
| Plaintiff, | PEOPLE'S PROPOSED VOIR DIRE QUESTIONS |
| -vs- | |
| STEVE BADUE, | |
| Defendant(s). | |

The People respectfully request that the court include the following questions in its preliminary questioning of the jury.

1. **Ability to Sit as a Juror (Physical)**

   a) Does anyone have any problems with either their sight or their hearing which will make it difficult for you to either hear witnesses as they testify or see exhibits which are admitted into evidence?

   b) Is anyone taking any medication which might interfere with their ability to listen to the evidence, perhaps because it causes drowsiness?

   c) Does anyone suffer from any sort of physical problem, such as chronic lower back pain, which would prevent you from sitting the hours which we require as a juror? Obviously, jurors will be permitted to stand and stretch as necessary, but if anyone is suffering from any condition which causes pain, that would interfere with your ability to concentrate and give full consideration

**40**

to all of the evidence.

2.  Ability to Sit as a Juror (Psychological)

    a)  From time to time we have people who are called for jury duty who say that they are unable to participate as a juror, to sit in judgment on another human being or to make a decision resulting in a criminal conviction. Sometimes these people say they are prevented for religious reasons, or other personal reasons. Whatever the reason, which you are certainly entitled to hold, we need to know about that. It is the function of the jury to listen to the evidence and then come to a decision as to whether or not the People have proven their case beyond a reasonable doubt. That is the jury's function. Whether you refer to this as sitting in judgment or not, it is the jury's duty. Now, is there anyone who feels that they cannot participate, for whatever reason?

    b)  Will you base your decision in this case on the evidence presented and the law given to you, and not on any sympathy for or prejudice against either the Defendant or the victim?

3.  Jury Experience

    a)  Has anyone ever sat on a jury before? Was it civil or criminal? When was that? Did the jury come to a verdict? Is there anything about that experience which would make it difficult for you to be a juror in this case?

4.  Expert

    a)  Does anyone have medical training? In the mental health field?

    b)  Does anyone have any legal training, either in law school, or as a paralegal, or as part of another degree they were pursuing? Has anyone worked in a legal office or in some manner connected with the law or its application? It is anticipated that there will be an expert testifying in this case. If you have some particular expertise yourself, you are to set aside what you thought from your own training, and consider the testimony of the experts. In other words, it is not

-2-

**41**

proper for you to substitute your own opinion for that of the experts.  Does everyone understand?

5.  <u>Contact with the Criminal Justice System</u>

    a)    Does anyone have a close friend or a family member, or you yourself, who has been a witness to, a victim of, or charged with a criminal offense?

    b)    If you were a victim, did you report the crime to the police?  How did you feel about their response?  Was it a Santa Cruz County agency?   Could you be a fair juror?

    c)    If charged with a criminal offense, was the person treated fairly?  Could you be a fair juror?

6.  <u>View of Police Officers</u>

    a)    How do you view evidence given by police officers?  Will you use the same standard in judging the credibility of an officer as you would any other witness?

    b)    Is there anyone who would tend to evaluate the testimony of a police officer more critically than any other witness?

    c)    Does anyone expect the police to make a "perfect" investigation, or present an investigation like those on television, such as "Columbo" or "Murder, She Wrote"?

    d)    Would it matter to you if the defendant was a police officer or a former police officer?

7.  <u>Following the law</u>

    a)    Does everyone agree that a juror's duty is to follow the law.  Does everyone agree to do that, even if the law is not one in which you personally agree.

8.  <u>Sentencing</u>

    a)    Do you understand that consideration of the possible consequences of this trial, such as sentencing, are not proper matters for you to consider in determining whether or not the defendant is guilty?

        a.  Will each of you agree that sentencing is not to play any part whatsoever in your evaluation of the evidence?

        b.  Is there anyone who could not do so?

9.  <u>Single Witness</u>

-3-

a)  One of the jury instructions states that the testimony of a single witness is sufficient to prove any fact if you believe the witness.  Will you be able to follow that instruction?

b)  If a witness testifies about a particular element of this offense and you believe the witness so that you are convinced of the proof of that element beyond a reasonable doubt, would you require any further proof of that element?  Would you require that the People present more witnesses or present documents to corroborate that testimony even though you were already convinced beyond a reasonable doubt that it was proved by the testimony of one witness?

c)  Could you convict on the word of one witness?

d)  Is it understandable that an offense, such as violence against your partner, would not happen in a public area, but would occur in the privacy of your home.  If only those incidents that were witnessed by a third party were prosecuted, only a small number of batters would be held responsible for their actions in a court of law?  Could you convict on the word of a victim alone?

11.  <u>Circumstantial Evidence</u>

a)  Is there anyone who could not find a person guilty based on circumstantial evidence alone?  If so, why not?

b)  Do you all understand that the law gives the same weight to both direct and circumstantial evidence?  Can you all follow the law as it is instructed to you?

12.  <u>Opinion of Defendant</u>

a)  Based on the defendant's age or appearance, would any of you feel any sympathy, pity, or bias for or against the defendant?

b)  If the defendant testifies, do any of you feel his testimony is likely to be more accurate because he is the accused?

c)  Do you understand that all the witnesses must be judged using the same standard and that based on each witnesses testimony you are to determine how much weight to give his or her statement?

-4-

43

13.  Burden of Proof

a)  The burden in this case is on the People.  The People must prove each element of the crime charged beyond a reasonable doubt.  I will give you further instructions regarding the legal definitions of beyond a reasonable doubt, but in essence it means just what it says: that is a reasonable doubt, a doubt for which you can give a concrete reason.  It does not mean beyond all possible doubt or beyond a shadow of a doubt, or any of those other phrases which you may have heard on television or elsewhere.  A burden such as that would be impossible to meet; it is simply too high and is not the standard in our system of justice.  Do you all understand that?  Do you understand why that is?  Everything in human affairs is subject to some doubt.  That is not what we mean here.

b)  Sometimes we have people who say that could not vote for a verdict of guilt unless they saw something with their own two eyes.  Well, let me first say that that is an impossibility, because if you saw a crime then you would be a witness in this trial, and not eligible to be a juror, so that would never be possible.  Do you understand?

c)  Now, beyond a reasonable doubt also does not mean a mere conflict in the evidence.  Frequently, there are cases where one side claims one thing and the other side claims the other.  If the mere fact of a conflict equaled beyond a reasonable doubt, then no case would ever be decided.  It is your job to consider the evidence, evaluate the conflict, if there is one, and decide who is telling the truth.  As a juror, you have the right to disregard testimony, if you feel it is untruthful, or unsupported by other evidence, or simply not believable.

-  Does everyone understand that when there is a conflict, it would be your job as a juror to resolve that conflict, to the extent that you are able?

-  Does everyone understand that the simple fact that there may be a conflict in the evidence does not automatically equal reasonable doubt?

-5-

44

- In other words, you weigh and consider and evaluate all of the evidence.

14. Sex Registration

a) How many of you have heard of Megan's Law? What is your understanding of the law?

b) Do you think that it should be a public record that certain people are required to register as a sex offender?

c) Has anyone ever used Megan's Law to see if there are sex offender's in their neighborhood?

d) During the course of the trial you may not find out why the defendant has to register as a sex offender. Does anyone feel they must know why the defendant has to register?

e) Does anyone feel that the registration law should exist at all? Should it be abolished?

f) There are very stringent requirements for sex registrants. Can you convict the defendant even if you feel the law is too stringent?

g) Does anyone know a person who has to register as a sex offender?

h) The defendant must willfully fail to register, which is not intentionally fail. This crime is a general intent crime, which means the person does not have to intentionally not register. If the defendant knew he had to register, and forgot, or failed to register he is guilty of the crime. Does anyone feel this definition of Willful is too stringent? Will you be able to follow the law as read to you by the Judge?

Dated: DECEMBER 3, 2002

Respectfully submitted,
GEORGE KENNEDY
DISTRICT ATTORNEY


STEVEN DICK
DEPUTY DISTRICT ATTORNEY

-6-

45

GEORGE W. KENNEDY, DISTRICT ATTORNEY
State Bar No. 052527
STEVEN I. DICK, DEPUTY DISTRICT ATTORNEY
Bar No. 181420
COUNTY GOVERNMENT CENTER, WEST WING
70 West Hedding Street
San Jose, CA 95110
Telephone: (408) 299-7400

F I L E D

FEB 03 2003

KIRI TORRE
Chief Executive Officer/Clerk
Superior Court of CA County of Santa Clara
BY _____JOSE OLIVAREZ_____ DEPUTY

Attorneys for The People

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SANTA CLARA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, | CASE NO.: CC241061 |
| Plaintiff, | |
| vs. | TRIAL BRIEF |
| STEVE BADUE, | DATE: 2-3-03 |
| Defendant(s). | TIME: 9:00 A.M. |
| | DEPT: 24 |

I.

STATEMENT OF FACTS

The defendant must register pursuant to Penal Code section 290 due to a prior conviction for violating Penal Code 314, Indecent Exposure. He has a prior conviction for violating Penal Code section 290 from 1998.

In 2000 the defendant was convicted of violating Health and Safety Code section 11350, Possession of a Controlled Substance. He was sentenced to serve 16 months in the Department of Corrections.

George W. Kennedy
District Attorney
County of Santa Clara
San Jose, California 95110

5441 REV 1/91

**46**

The defendant was released from custody but did not do well on parole. He was arrested on June 28, 2001 on a parole violation and was given a six month eligible sentence. The defendant was released from custody on October 10, 2002 and was released to Santa Clara County. The defendant had another warrant issued for his arrest because he did not report to his parole officer. He also did not register pursuant to Penal Code section 290 within 5 days of his release from custody. He further failed to complete his annual registration pursuant to Penal Code section 290 on his birthday, January 4.

The defendant was eventually arrested on March 6, 2002 in Stockton, California. Upon his arrest the defendant provided a false name and birthday to Officer Keo of the Stockton Police Department. The defendant was charged and convicted out of San Joquin County for violating Penal Code section 148.9, providing false information to a peace officer.

The defendant is now accused of violating Penal Code section 290, Failing to Register as a Sex Offender with a prior conviction of Failing to Register as a Sex Offender, due to missing his annual update. He also is accused of suffering a prison prior in violation of Penal Code section 667.5(b).

## II
### WITNESS LIST

1.  Officer Keo, Stockton Police Department
2.  Phil Thompson, Stockton Police Department
3.  Michael Valverde, San Jose Police Department, Central Identification Unit
4.  Richard Peretti, San Jose Police Department, Central Identification Unit
5.  Francis Gallegos, San Jose Police Department
6.  Raul Martinez, San Jose Police Department
7.  Theresa McDaniels, Parole Officer

## III.
## DOCUMENTARY EVIDENCE

1.  Certified Booking Sheets
2.  969B Packet
3.  Fingerprint Identification Packet
4.  Certified SS-1802 Form
5.  Certified VCIN
6.  Certified Prior Conviction

## IV.
## MEMORANDUM OF POINTS AND AUTHORITIES

### A. DEFENDANT CAN BE IMPEACHED WITH HIS PRIOR CONVICTIONS

Should the defendant elect to testify, the prosecution may seek to introduce evidence of Defendant's prior convictions to impeach his credibility. (Evidence Code section 785-787) The defendant was convicted of the following crime of moral turpitude: violating Penal Code section 314, Incdecent Exposure (see *People v. Ballard* (1993) 13 Cal.App.4th 687, 16 Cal.Rptr.2d 624).

The defendant also provided false information to a peace officer in 2002 and was convicted of violating Penal Code section 148.9. The underlying facts of this offense are admissible for two purposes. First, to show the defendant willfully failed to register. The defendant lied to the officer because he had absconded and was hiding from his parole officer. He did not register for the same reason. Second to attack the defendant's credibility.

### B.   THE DEFENDANT SHOULD BE PROHIBITED FROM ARGUING THAT THE CURRENT CASE IS BARRED BY DOUBLE JEOPARDY OR COLLATERAL ESTOPPEL

During informal discussions at a previous trial setting date it was suggested that the defendant believed that his case was barred due to Double Jeopardy concerns due to his conviction in San Joquin County. The People have obtained a copy of the certified prior arising out of the defendant's conviction

orge W. Kennedy
District Attorney
nty of Santa Clara
Jose, California 95110

5441 REV 1/91

48

and it appears he was never charged with violating Penal Code section 290. Therefore, Double Jeopardy would not apply.

The defendant also suggested that he admitted a Violation of Probation in San Joquin County and that Double Jeopardy should also be barred from prosecution for violating Penal Code section 290 out of Santa Clara County. The People have been unable to obtain any confirmation that the defendant did have a Violating of Probation due to failing to register. Assuming this did take place, Double Jeopardy, and Collateral Estoppel, would not bar prosecution of a new criminal offense. The United States Supreme Court, California Supreme Court, and Appellate Courts have all held that due to the procedural nature of Violation of Probations and for public policy concerns, Double Jeopardy and Collateral Estoppel do not bar prosecution of new criminal offense after a person has been found to violate his or her probation based on the facts of the new case. (*Johnson v. United States* (2000) 529 U.S. 694, 120 S.Ct. 1795, 146 L.Ed. 727; *Lucido v. Superior Court* (1990) 51 Cal.3d 335, 795 P.2d 1223, 272 Cal.Rptr. 767; *Chamblin v. Municiple Court* (1982) 130 Cal.App.3d 115, 181 Cal.Rptr. 636; People v. Carter (1975) 48 Cal. App. 3d 369, 121 Cal.Rptr. 677).

**C.**    **EVIDENCE SHOWING THE DEFENDANT WILLFULLY FAILED TO REGISTER IS ADMISSIBLE**

One of the elements of Penal Code section 290 is that the defendant must <u>willfully</u> have failed to register as a sex offender. In order to prove this element the people intend to call the defendant's parole officer to testify that the defendant was released from prison in October, 2002 and that he never reported to his parole officer. This parole violation provided the defendant incentive to not register. He did not want law enforcement to find him so he would not have to go back to prison.

arge W. Kennedy
District Attorney
unty of Santa Clara
Jose, California 95110

5441 REV 1/91

49

The People also intend to call Officer Keo of the San Joquin Police Department to testify that the defendant lied to the officer about his name and date of birth.

## D.    THE COURT MAY TAKE JUDICIAL NOTICE OF IT'S FILE

The trial court may take judicial notice of it's file. (Evidence Code sections 450, 451, 452). The People will ask the court to take Judicial Notice of two items.  The first is that the defendant stated on his arraignment that his name is Steve Badue with a date of birth of January 4, 1966,

Second, that the a violation of Penal Code section 314.1 requires a person to register for life pursuant to Penal Code section 290.

## E.    THE DEFENDANT SHOULD NOT BE ALLOWED TO ARGUE THAT THE CRIME SHOULD BE MISDEMEANOR.

Penal Code section 290 (g)(2) with a prior conviction for violating Penal Code section 290 is an irreducible felony. The defendant should not be allowed to argue that the crime should be reduced to a misdemeanor.

## F. REQUESTED JURY INSTRUCTIONS

The People submit the following proposed jury instruction.

The Defendant is accused in Count ____ of the Information of having violated Penal Code section 290(G)(2), a felony.  Every person who, having been previously convicted of a felony sex offense, namely, Indecent Exposure, and previously was convicted of Failing to Register as a Sex Offender, willfully fails to inform in writing, within 5 working days of his birthday, to update his registration with the chief of police of the city in which he temporarily resided or was located, is guilty of violating Penal Code section 290(g)(2) of the Penal Code, a felony.