**EXHIBIT 4**

*Banister, M*

H025695

IN THE COURT OF APPEAL OF THE STATE OF
CALIFORNIA
SIXTH APPELLATE DISTRICT

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, ) ) ) Plaintiff and Respondent, ) ) v. ) ) STEVE KENT BADUE, ) ) Defendant and Appellant. ) _____ ) | (Sup. Ct. No. CC241061) |

APPEAL FROM THE SUPERIOR COURT
OF SANTA CLARA COUNTY

DOCKETED
SAN FRANCISCO
DEC 0 3 2003
By L. CARAMANZANA
No ST-2003DA0485

Honorable Rise Pichon, Judge Presiding

APPELLANT'S REPLY BRIEF

ALEXANDER LAMBROUS (135612)
610 Anacapa Street, Suite 200
P.O. Box 20211
Santa Barbara, CA 93120
(805) 682-7179
Attorney for Appellant by
appointment of the Court of Appeal

F

H025695

IN THE COURT OF APPEAL OF THE STATE OF
CALIFORNIA
SIXTH APPELLATE DISTRICT

THE PEOPLE OF THE          )
STATE OF CALIFORNIA,       )
                           )
Plaintiff and Respondent,  )
                           )
v.                         )   (Sup. Ct. No. CC241061)
                           )
STEVE KENT BADUE,          )
                           )
Defendant and Appellant.   )
_____)

APPEAL FROM THE SUPERIOR COURT
OF SANTA CLARA COUNTY

Honorable Rise Pichon, Judge Presiding

APPELLANT'S REPLY BRIEF

ALEXANDER LAMBROUS (135612)
610 Anacapa Street, Suite 200
P.O. Box 20211
Santa Barbara, CA 93120
(805) 682-7179
Attorney for Appellant by
appointment of the Court of Appeal

# TABLE OF CONTENTS

TABLE OF AUTHORITIES   i

INTRODUCTION   2

ARGUMENT   3

THE DEPUTY PUBLIC DEFENDER'S FAILURE
TO SUBJECT THE PROSECUTION'S CASE TO ANY
MEANINGFUL ADVERSARIAL TESTING
CONSTITUTED INADEQUATE ASSISTANCE
OF COUNSEL.   3

# TABLE OF AUTHORITIES

Cases

*Anders v. California* (1967) 386 U.S. 738   4

*Bell v. Cone* (2002) 535 U.S. 685   3, 4

*Strickland v. Washington* (1984) 466 U.S. 668   3

*U.S. v. Cronic* (1984) 466 U.S. 648   3, 4, 5

H025695

IN THE COURT OF APPEAL OF THE STATE OF

CALIFORNIA

SIXTH APPELLATE DISTRICT

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff and Respondent,<br><br>v.<br><br>STEVE KENT BADUE,<br><br>Defendant and Appellant. | (Sup. Ct. No. CC241061) |

APPELLANT'S  REPLY  BRIEF

Introduction

In this reply brief, no attempt is made to set forth a response to each of respondent's contentions. Many of respondent's points are fully covered by Appellant's Opening Brief, and the issues thus joined. Only points requiring additional comment will be addressed.

\* \* \*

2

prosecution throughout the sentencing proceeding as a whole, but that his counsel failed to do so at specific points." (*Id.*, at p. 697.)

In the present case, the public defender completely failed to do anything to advocate for appellant at his sentencing hearing (RT 84). Therefore, defense counsel's lack of representation of appellant at the sentencing hearing went beyond omissions at only "specific points" as contemplated in *Bell*. (*Id.*)

Also, respondent overstates the minuscule effort expended by defendant's lawyer. The advocacy that respondent attributes to defense counsel all involves pre-trial motions (RB 7-9); not the trial and sentencing hearing where the prosecution's case should have been subjected to "meaningful adversarial testing." (*Bell v. Cone, supra*, 535 U.S. at p. 697; *U.S. v. Cronic, supra*, 466 U.S. at p. 656; *Anders v. California* (1967) 386 U.S. 738, 743.)

Other than doing nothing during sentencing, at trial, defense counsel did not give an opening statement (RT 46), did not cross-examine any witnesses, (RT 52, 61, 66, 72), presented no evidence on appellant's behalf (RT 73) and did not give a closing argument (RT 75).

Defense counsel's complete failure to advocate for appellant

4

during trial and sentencing constitutes denial of counsel. No specific showing of prejudice is required for this Court to reverse the judgment. (*United States v. Cronic, supra*, 466 U.S. at p. 659.)

Dated: December 1, 2003                   Respectfully submitted,

                                          */s/ Alexander Lambrous*
                                          Alexander Lambrous
                                          Attorney for Appellant by
                                          appointment of the Court of
                                          Appeal

5

PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA, COUNTY OF SANTA BARBARA

I am over eighteen years of age, and not a party to this action. My business address, in the County of Santa Barbara, in the State of California, is 610 Anacapa Street, P.O. Box 20211, Santa Barbara, CA 93120-0211.

On December 1, 2003 I served the APPELLANT'S REPLY BRIEF, in case no. H025695, on the parties legally entitled to service, by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Attorney Lori A. Quick
Sixth District Appellate Program
100 No. Winchester Blvd., Suite 310
Santa Clara, CA 95050

Office of the Attorney General
455 Golden Gate Avenue
Room 11000
San Francisco, CA 94102

Office of the Public Defender
120 W. Mission Street
San Jose, CA 95110

Steve Kent Badue (P-70520)
California Correctional Center (Legal Mail)
P.O. Box 2210
Susanville, CA 96127-2210

Clerk of the Superior Court
191 N. First Street
San Jose, CA 95113

Office of the District Attorney
70 W. Hedding Street, West Wing
San Jose, CA 95110

I caused such envelopes with postage thereon fully prepaid to be placed in the United States Mail at Santa Barbara, California. I declare under the penalty of perjury under the laws of the State of California that the above is true and correct. Executed December 1, 2003, at Santa Barbara, California.

Alexander Lambrous