# EXHIBIT 6

# CALIFORNIA APPELLATE COURTS
## Case Information



**Supreme Court**

Change court

Court data last updated: 02/28/2008 12:53 PM

**Case Summary**   **Docket**   **Briefs**
**Disposition**   **Parties and Attorneys**   **Lower Court**

## Docket (Register of Actions)

**BADUE (STEVE) ON H.C.**
**Case Number S154680**

| Date | Description | Notes |
|---|---|---|
| 07/23/2007 | Petition for writ of habeas corpus filed | Steve Badue, petioner in pro per |
| 08/15/2007 | Petition for writ of habeas corpus denied | (See People v. Duvall (1995) 9 Cal.4th 464, 474; In re Swain (1949) 34 Cal.2d 300, 304.) |

**Click here** to request automatic e-mail notifications about this case.

©2007 Judicial Council of California