Prepared by:
Date:

Clerk of the United States        Steve Badue, #P70520
District Court, 9th Circuit       4964 Mack Rd, #314
450 Golden Gate Avenue            Sacramento, CA 95823
Box 36060
San Francisco, CA 94102

April 7, 2008

RE: Badue Vs. Attorney General, Case No. Cv 07-04612
VRW (PR) Petition For Writ Of Habeas Corpus

Dear Clerk,

Will your office please inform me, about the court ruling and decision, concerning the above regarded writ? Your office filed the above regarded writ on September 6, 2007, and, to this date, I have not received the court ruling and decision concerning the above regarded writ. And accordingly, the court has 60 calender days, from the date of filing, to enter a ruling and decision concerning the above regarded writ.

I declare under penalty of perjury that the foregoings are true and correct.
Signature *Steve Badue*, April 7, 2008.

Steve Badue, #P70520
4964 Mack Rd, #314
Sacramento, CA 95823

Clerk of the United States
District Court, 9th Circuit
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102

SACRAMENTO CA 957
05 APR 2008 PM 6 T

94102$432

