IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE BADUE, | No. C 07-4612 VRW |
| Petitioner, | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| R. Watkins, Parole Agent, | |
| Respondent. | |

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Court's Order granting motion to dismiss, judgment is entered in favor of Respondent and against Petitioner.

Dated: June 11, 2008

Richard W. Wieking, Clerk

By: *Cora Klein*
Deputy Clerk