Prepared by:
Date:

Clerk of the United States           Steve Badue, #P70520
  District Court, 9th Circuit        4964 Mack Rd, #314
450 Golden Gate Avenue               Sacramento, CA 95823
  Box 36060
San Francisco, CA 94102

**FILED**
JUN - 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED 08 JUN -9 PM 1:46

June 5, 2008

RE: Badue Vs. Attorney General, Case No. Cv 07-04612 VRW (PR) Petition For Writ Of Habeas Corpus

Dear Clerk,

Will your office please inform me, about the court ruling and decision, concerning the above regarded writ? Your office filed the above regarded writ on September 6, 2007, and, to this date, I have not received the court ruling and decision concerning the above regarded writ. And, accordingly, the court has 60 calendar days, from the date of filing, to enter a ruling and decision concerning the above regarded writ.

I declare under penalty of perjury that the foregoings are true and correct.

Signature: Steve Badue, June 5, 2008.

Steve Badue, #P70520
4964 Mack Rd, #314
Sacramento, CA 95823

SACRAMENTO CA 957
06 JUN 2008 PM 2 L

Clerk of the United States
District Court, 9th Circuit
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102