RECEIVED
JUN 18 PM 1:51
R... WIEKING
CLERK US DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of the United States   Steve Badue, #P70520
District Court,   4964 Mack Rd, #314
450 Golden Gate Avenue   Sacramento, CA 95823
Box 36060
San Francisco, CA 94102

FILED
JUN 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

June 17, 2008

RE: Steve Badue Vs. Attorney General, Et Al,
Case No. Cv 07-04612 VRW (PR), (Doc #16) Order Granting
Motion To Dismiss (Petition For Writ Of Habeas Corpus)

Dear Clerk,

I, Steve Badue, for the purpose of timely completing my notice of appeal and appeal, please provide me with a xerox copy of the above regarded petition annexed papers* at your office expense?

* Legal Status Summary
* Charge Sheet/Revocation Tracking/Scheduling Request
* Summary Of Parole Adjustment
* Recommendation, Review And Signature Sheet

I declare under penalty of perjury that the foregoings are true and correct.

Signature: Steve Badue, June 17, 2008

Steve Badue, #P70520
4964 Mack Rd, #314
Sacramento, CA 95823

SACRAMENTO CA 957
17 JUN 2008 PM 5 T

Clerk of the United States
District Court, 9th Circuit
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102