June 27, 2008

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
## (415) 355-7820

**District Court/Agency:** USDC Northern California (San Francisco)
**Lower Court Number:** CV-07-03615-VRW
**Appeal Number:** 07-17041
**Short Title:** Badue v. Attorney General CA

|  | Volumes |  |  |
|---|---|---|---|
| Clerk's Records in: | 1 | 0 | Certified Copy(ies) |
| Reporters Transcripts in: | 0 |  |  |

| Bulky Documents in: | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
|---|---|---|---|---|---|---|---|---|
|  | 0 | Other |  |  |  |  |  |  |
| State Lodged Docs in: | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
|  | 0 | Other |  |  |  |  |  |  |

**Other:**

```
FILED
JUL 0 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA
```

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.