Prepared by:
Date:

Clerk of the United States
  District Court, 9th Circuit
450 Golden Gate Avenue
  Box 36060
San Francisco, CA 94102

Steve Badue, #P70520
4964 Mack Rd, #314
Sacramento, CA 95823

July 5, 2008

FILED
JUL - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
JUL - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RE: Notice Of Appeal, Under Federal Rules Of Appellate Procedure, Rule 10, Section (a)(1)(2)(3), The Record On Appeal.
   Steve Badue Vs. California Attorney General, Et Al, Case No. Cv 07-04612 VRW(PR), (Doc #18) Order Granting Motion To Dismiss Petition For Writ Of Habeas Corpus

Dear Clerk,

   I, Steve Badue, hereby give notice of appeal and hereby do appeal in the matter of the above regarded case; and, hereby do appeal from judgment of the district court order granting respondents' motion to dismiss the matter of the above regarded case.

I declare under penalty of perjury that the foregoings are true and correct.
Signature: *Steve Badue*, July 5, 2008.

Page 1 of 2.

Steve Badue, #P70520
4964 Mack Rd, #314
Sacramento, CA 95823

SACRAMENTO CA 957
05 JUL 2008 PM 4 T

Clerk of the United States
District Court, 9th Circuit
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102



USA FIRST-CLASS FOREVER