Prepared by:

Date:

Clerk of the United States                      Steve Badue, #P70520

  District Court, 9th Circuit                  4964 Mack Rd, #314

450 Golden Gate Avenue                      Sacramento, CA 95823

  Box 36060

San Francisco, CA 94102

**FILED**

JUL - 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

July 5, 2008

RE: Proceeding <u>Informa Pauperis</u> To The United States

  Court Of Appeals, 9th Circuit.

    Steve Badue Vs. California Attorney General, Et Al,

Case No. Cv 07-04612 VRW(PR), (Doc #18) Order Granting

Motion To Dismiss Petition For Writ Of Habeas Corpus.

Dear Clerk,

    I, Steve Badue, hereby request my appeal to proceed

<u>informa pauperis</u> based on my indigence and degree of poverty.

    I, Steve Badue, do not have equity, asset nor cash

combined, that will allow me to pay the $455 docketing fee.

I declare under penalty of perjury that the foregoings are

true and correct.

Signature: Steve Badue, July 5, 2008.

Page 2 of 2.

Steve Badue, #P70520
4964 Mack Rd, #314
Sacramento, CA 95823

SACRAMENTO CA 957

05 JUL 2008    PM 4 T

Clerk of the United States
District Court, 9th Circuit
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102