UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

July 22, 2008

**CASE INFORMATION:**
Short Case Title:  <u>STEVE BADUE</u>-v- <u>CA ATTORNEY GENERAL</u>
Court of Appeals No. (leave blank if a unassigned)
U.S. District Court, Division & Judge Name: <u>No. CA, SF, Chief Judge Vaughn R. Walker</u>
Criminal and/or Civil Case No.: <u>CV 07-04612 VRW</u>
Date Complaint/Indictment/Petition Filed: <u>9/6/2007</u>
Date Appealed order/judgment *entered* <u>6/11/2008</u>
Date NOA *filed* <u>7/7/2008</u>
Date(s) of Indictment   Plea Hearing   Sentencing

COA Status (check one):   ☐ granted in full (attach order)        X denied in full (send record)
                          ☐ granted in part (attach order)        ☐ pending

Court Reporter(s) Name & Phone Number:

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                        Date Docket Fee Billed:
Date FP granted: <u>7/17/2008</u> on appeal        Date FP denied:
Is FP pending?  ☐ yes   ☐ no                 Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes   ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                           Appellee Counsel:

        See docket sheet

☐ retained   ☐ CJA   ☐ FPD   ☐ Pro Se   ☐ Other     *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                 Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                    9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Gwen Agid</u>
                                                    415-522-2063